AMERICAN CYANAMID CO.
Antibiotic Drug

**10**

### CIVIL DOCKET

## UNITED STATES DISTRICT COURT          Jury demand date:

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| | For plaintiff-Movant: |
| American Cyanamid Co., Bristol-Myers Co., Olin-Mathieson Chemical Corp., Upjohn Co. -- to the Southern District of New York | Donovan, Leisure, Newton & Irving<br>Winthrop, Stimson, Putnam & Roberts<br>Cravath, Swaine & Moore<br>Covington & Burling |

SPECIAL NOTE:

Panel Opinion of October 21, 1968 cited
   at 295 Fed. Supp. 1402, 1404 (1169)

Panel opinion of Nov. 22, 1968 cited at
   297 F. Supp. 1126 (1968)

Panel opinion of April 3, 1969 cited at
   299 F. Supp. 1403 (1969)

Panel opinion on July 9, 1969 (as amended
   8/7/69) cited at 301 F. Supp. 1158

Panel opinion of August 21, 1969 cited at
   303 F. Supp. 1056 (1969)

Panel Opinion on January 30, 1970 cited at
   309 F. Supp. 155 (1970)

Panel Opinion of December 2, 1970 cited at
   320 F. Supp. 586 (1971)

Panel Opinion and Order of June 15, 1971
cited at *327 F. Supp. 617*

*O & O - March 12, 1973
355 F. Supp. 1400*

For defendant:

*O & O, Nov 13, 1974
384 F. Supp. 607*

*O & O 1/21/16
405 F. Supp. 1342*

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|------|-------------|------------------------------|
| 8/5/68 | Motion and brief filed on behalf of movant to transfer to Southern District of New York. | |
| 8/13/68 | Brief in support of motion to transfer on behalf of Texas, Wisconsin, Florida, et al. | |
| 8/14/68 | Response and brief in support thereof of plaintiff, State of California to motion of defendant to transfer. | |
| 8/15/68 | Brief filed on behalf of City & County of San Francisco and Response in Opposition to motion to transfer. | |
| 8/19/68 | Brief in support of motion filed on behalf of State of Kansas. | |
| 8/19/68 | Letter from Special Assistant Attorney General Kenton C. Granger relating to above brief. | |
| 8/19/68 | Response and brief in support thereof filed on behalf of plaintiff, County of Los Angeles, to the motion to transfer. | |
| 8/21/68 | Brief on behalf of Cotter Drugs et al. in response to motion to transfer to Southern District of New York. | |
| 8/21/68 | Supplemental certificate of service filed by City & County of San Francisco of brief and response in opposition to motion. | |
| 8/21/68 | Order for hearing 9/18/68, 2 p.m., signed by Judge Murrah. | |
| 8/21/68 | Notice of hearing 9/18/68, 2 p.m., signed by Clerk of Panel and sent to all attorneys. | |
| 8/23/68 | Memorandum filed on behalf of States of Connecticut, Maryland & New Mexico, City of Baltimore and City and County of Denver in support of motion to transfer to Southern District of New York | |
| 8/28/68 | Reply of moving defendants to memorandum of opposition to motion to transfer to the Southern District of New York. | |
| 9/3/68 | Response to notice of hearing filed on behalf of Kent Pharmaceuticals, et al, re: case 68-384. | |
| 9/17/68 | Breif of State of New York in Support of Defendant's Motion to transfer. | |
| 9/20/68 | Brief of State of Iowa in Support of Defendants' Motion to Transfer. | |
| 9/20/68 | Memorandum filed by Continental Vitamin Corp. in support of transfer (0+9) sent to Panel. | |
| 10/21/68 | Consent of transferee court, N.Y., S. signed by Judge Sugarman on Oct. 14, 1968 | |
| 10/21/68 | Filed opinion of Panel to transfer litigation to Southern District of New York | |
| 10/21/68 | Richardson Drug, et al., v. Chas. Pfizer & Co., et al. not on Schedule A but also being transferred to Southern District of New York with rest of multidistrict litigation. | |

11/19/68    Filed order making correction in origial order filed 10/21/68 trans-
                    ferring to New York, S.

11/21/68  *15* Filed consent of plaintiff Ford Hopkins Co., et al. to transfer.

11/21/68  *16* Filed consent of plaintiff State of New Jersey to transfer.

11/21/68  *17* Filed consent of plaintiff City and County of Devern to transfer.

11/21/68  *18* Filed consent of defendant Olin Mathieson Chemical Corp and Upjohn
                    Co. to transfer.

11/21/68  *19* Filed consent of defendants American Cyanamid Co., Bristol Myers
                    Co., and Chas. Pfizer Co. to transfer.

11/22/68    Filed opinion of Panel in additonal cases transferring them to
                    Southern District of New York.  *(Schedule B poaseq)*

12/11/68  *20* Filed motion of defendant American Cyanamid for temporary transfer
                    of four additional cases to N.Y., S. for pretrial proceedings
12/12/68    Entered order to show cause (Schedule C).

12/19/68  *21* Filed letter from plaintiff in Alpine Pharmacy, Inc., etc., et al.
                    v. Chas. Pfizer & Co., Inc., et al., C.A. No. 68 C 1952, Ill., N.
                    waiving oral argument on transfer motion.

12/20/68  *22* Filed plaintiff Lee's Prescription Shops, Inc., et al. to defendant's
                    motion for transfer of four additional cases to New York, S.   (O+1)

12/30/68  *23* Filed response ot plaintiff Cedars of Lebanon Hospital Corp., Inc.,
                    Fla., S., 68-1131, Civ. CF. opposing transfer.

1/2/69  *24* Filed stipulation by State of South Dakota and Defendants to Transfer
                    South Dakota case to the Southern District of New York

1/3/69  *25* Filed Defendants reponse to Panel's show cause order

1/6/69  *26* Filed Defendants' Supplementary statement in response to show cause order.

1/7/69    Filed *MINUTE* order of Panel transferring *The State of South Dakota v. Chas.*
                    *Pfizer & Co., Inc., et al.*, Civil No. 68-104C, to New York, S.,
                    and to Judge Wyatt.
1/28/69    Order to Show Cause (Schedule D)
1/29/69    Filed hearing order for <u>Cedars of Lebanon Hospital</u> and <u>Lee's Presceiption
                    Shops</u> cases on February 28, 1969 in Washington, D.C.

1/29/69    Filed *MINUTE* order of Panel transferring <u>Alpine Pharmacy, Inc., et al. v. Chas</u>
                    <u>Pfizer & Co., Inc., et al.</u>, Ill., N., No. 68 C 1952, to the Souther
                    District of New York and assigned to Judge Wyatt.

1/30/69    Bent Notice of Hearing to counsel (Feb. 28, 1969)


                                        (CONTINUED - NEXT PAGE)

2/6/69    Filed Entry of Appearnace and consent to transfer responding to show cause
   27     order by plaintiff Christian Hospital of St. Louis, Christian Hospital
          Northwest and Park Lane Memorail Hospital.

2/6/69    Filed response of plaintiff Jackson Hospital and Clinic, Inc., et al., to show
   28     cause order.  Plaintiff does not request hearing but does oppose transfer
          of case to N.Y., S.

2/7/69    Filed telegram/response to show cause order by Arizona Foundation for Neurology
   29     and Psychiatry, et al. (No. 6967-PHX) and County of Maricopa (No. 6961-PHX)
          opposing transfer.

2/7/69    Filed letter/response to show cause order of Commonwealth of Puerto Rico staing
   30     no objection to transfer.

2/7/69    Filed response and supporting memorandum to show cause order of plaintiff
   31     Beins, d/b/a Waverly Drugs, (No. 6973, Ohio, S.) requesting this case be
          set for hearing.

2/10/69   Filed reply to show cause order of plaintiff The Grange Co., Et al., making
   32     no objection to transfer for pretrial proceedings.(except class actin question

2/10/69   Filed reply of plaintiff Doughboy Industries, Inc., et al., to show cause order
   33     making no objection to transfer for pretrial proceedings.but objects to trans-
          fer for determination of class action question.

2/10/69   Filed reply ot plinaitff St. Luke's Hospital, et al., to show cause order making
   34     no objection to transfer for pretrial proceedings but objects to transfer for
          determination of class action question.

2/10/69   Filed reply of plaintiff Minnesota Fur Foods Cooperative, et al., to show cause
   35     order making no objection to transfer for pretrial proceedings but objects to
          transfer for determination of class action question.

2/10/69   Letter/response to show cause order stating plaintiff The State of South Carolina
   36     in Civil Action No. 68-1078, will not oppose transfer to N.Y., S.

2/12/69   Filed CONDITIONAL TRANSFER ORDER in 5 Ill., N. cases (Nos. 69 c 179;
          69 C 121; 69 C 210; 69 C 215; and 69 C 232) transferring to N.Y., S.
          and Judge Wyatt.

2/12/69   Filed statements of defendants with respect to responses by eight plaintiffs
   37     to Panel's show cause order  requesting transfer to N.Y., S. as plaintiffs'
          response fails to show sufficient cause opposing transfer.

2/13/69   Filed CONDITIONAL TRANSFER ORDER in No. 2287, N.C., E., The State of North
          Carolina v. Chas. Pfizer & Co., Inc., et al.

2/14/69   Filed CONDITIONAL TRANSFER ORDER in No. 68-2799, Pa., E., Hawaii Medical
          Service Asso. v. Chas. Pfizer & Co., Inc., et al., (stay ten days)
          to Judge Wyatt in N.Y., S.

2/17/69   Filed HEARING ORDER in certain actions listed on Jan. 28 show cause order
          for Feb. 28.

(CONTINUED)

2/18/69   Filed MINUTE TRANSFER ORDER in ten cases transferring them to Judge Wyatt
in N.Y., S.  Cases are Ky., E. No. 1946; Ill., N. No. 68 C 2478;
Mass., No. 68-1193-C; South Carolina No. 68-1078; Hawaii, No. 2935;
Calif., N. No. 50536; Ark., E. No. LR 68C 254; Mo., E. No. 68 C 546(2);
Ohio, S., No. 68-406; and Puerto Rico, No. 869-68.

2/19/69   Filed stipulation of State of Utah v. Chas. Pfizer & Co., Inc., et al.,
*38*   for transfer of case No. 50536, Calif., N. to be transferred to
New York, S.

2/25/69   Filed CONDITIONAL TRANSFER ORDER in cases pending in Ill., N. (No. 69 C 179;
69 C 121; 69 C 210; 69 C 215; and 69 C 232) becomes EFFECTIVE today -
filed on Feb. 12, 1969.  Notified transferee clerk

2/25/69   CONDITIONAL TRANSFER ORDER in Case No. 2287, NC., E. filed on Feb. 13, 1969
becomes EFFECTIVE today.  Notified transferee clerk.

2/25/69   CONDITIONAL TRANSFER ORDER in Case No. 68-2799, Pa., E., filed on Feb. 14
1969 becomes EFFECTIVE today.  Notifed transferee clerk.

2/25/69   Filed Response of Plaintiffs Arizona Foundation for Neurology &
*39*   Psychiatry (No. 6967-PHX) and The County of Maricopa (No.
6961-PHX) to Show Cause Order of Jan. 28.

2/26/69   Filed telegram stating Waverly Drugs, v. American Cyanamic (Ohio, S., No. 6973)
*40*   offers no further objections and requests case be transferred to Judge
Wyatt in N.Y., S. immediately.

2/26/69   Filed MINUTE ORDER transferring Beins d/b/a Waverly Drugs v. Chas. Pfizer
& Co., Inc., et al., Ohio, S. to Judge Wyatt in New York, S.

2/28/69   Filed Motion for transfer of Civil Action No. 1733, The State of Montana
*41*   v. Chas. Pfizer & Co., Inc., et al. to New York, S.

3/3/69   Filed stipulation signed by plaintiff and defendant American Cyanamid Co.
*42*   to transfer of State of Montana v. Chas. Pfizer & Co., Inc., et al.,
No. 1733, Mont.

3/4/69   Filed sitpulation signed by counsel for all parties consenting to transfer
*43*   of Civil Action 66 C 640, N.Y., E., Chas. Pfizer & Co., Inc. v. Generic
Formulae, Inc., et al.

3/5/69   Filed MINUTE ORDER transferring from N.Y., E. to N.Y., S. and assigining
to Judge Wyatt Civil Action No. 66C 640, Chas. Pfizer & Co., Inc. v.
Generic Formulae, Inc., et al.

3/5/69   Filed stipulation signed by plaintiff and defendant Olin Mathieson
*44*   Chemical Corp. to transfer State of Montana v. Chas. Pfizer & Co.,
Inc., et al., No. 1733, Mont.

3/6/69   Filed stipulation signed by xxxxxxx plaintiff and defendant Bristol
*45*   Myers Co. to transfer State of Montana V. Chas. Pfizer & Co., Inc.,
et al., No. 1733, Mont.

3/6/69   Filed stipulation signed by all counsel in Burlington Hospital, et al.
*46*   v. Chas. Pfizer & Co., Inc., for transfer to N.Y., S. and assigned
to Judge Wyatt.

(CONTINUED NEXT PAGE)

3/7/69    Filed stipulation signed by plaintiff and defendant Upjohn Company to
47    transfer <u>State of Montana v. Chas. Pfizer & Co., Inc.,</u> et al., No.
1733, Mont. to N.Y., S. and assigned to Judge Wyatt.

3/11/69    Filed MINUTE ORDER transferring Civil Action 8-23-28-C-1 <u>Burlington
Hospital, et al. v. Chas. Pfizer & Co., Inc., et al.</u> from the Southern
District of Iowa to the Southern District of New York and assigned to
Judge Wyatt.

3/12/69    Filed CONDITIONAL TRANSFER ORDER in CA No. 42648, <u>Chas. Pfizer & Co., Inc.
v. Richlyn Laboratories, Inc.</u>, Pa., E., transferring to N.Y., S. and
assigining to Judge Wyatt (Order Stayed Ten Days)

3/14/69    Filed stipulation signed by plaintiff and defendant Chas. Pfizer Co. to trans-
48    fer <u>State of Montana v. Chas. Pfizer & Co., Inc., et al.,</u> No. 1733,
Mont., to N.Y., S. and assigned to Judge Wyatt.

3/18/69    Filed MINUTE ORDER transferring <u>State of Montana v. Chas. Pfizer & Co., Inc.</u>
et al., from Montana to Southern New York and assigned to Judge Wyatt.

3/24/69    Filed CONDITIONAL TRANSFER ORDER in CA 20578, <u>Rockdale Pharmacy Inc., et al.
v. Chas. Pfizer & Co., Inc., et al.,</u> transferring from Md. to N.Y., S.
(Order stayed ten days)

3/24/69    Filed CONDITIONAL TRANSFER ORDER in CA 8184, <u>State of Washington, etc. v.
Chas. Pfizer & Co., et al.,</u> transferring from Wash., W. to N.Y., S.
(Order stayed ten days)

3/24/69    Filed CONDITIONAL TRANSFER ORDER in CA 6559, <u>State of Tennessee v. Chas.
Pfizer & Co., Inc., et al.</u> transferring from Tenn., E. to N.Y., S.
(Order stayed ten days)

3/25/69    CONDITIONAL TRANSFER ORDER FILED on March 12 in <u>Richlyn Laboratories Case</u>
elapsed today. Notified transferee clerk transfer now effective.

3/26/69    Filed CONDITIONAL TRANSFER ORDER in Case No. 51010, Calif., N., <u>Teamsters
Security Fund of Northern California, Inc. v. Chas. Pfizer & Co., Inc.,
et al.,</u>

4/2/69    Entered EXTENSION OF TIME in CA 8184, <u>State of Wash. v. Pfizer</u>, Wash., W.;
CA 6559, <u>State of Tenn. v. Pfizer</u>, Tenn., E.; and CA 20578, <u>Rockdale
Phramacy v. Pfizer</u>, Md., extending until April 14 time for responding
to conditional transfer orders entered on March 24, 1969.

4/3/69    Filed OPINION AND ORDER transferring 80 cases from 4 different district
courts to the Southern District of New York and assigning them to
Judge Inzer B. Wyatt for coordinated or consolidated pretrial pro-
ceedings (per curiam opinion).

4/7/69    Filed plaintiffs' Peterson's Pharmacy, Inc., et al. v. Pfizer (Minn., C.A.
49    4-69 Civ. 44) Motion to Transfer, Notice of Motion, & Certificate of
Service

4/7/69    Filed CONDITIONAL TRANSFER ORDER in <u>Marvin Barkal, etc. v. Chas. Pfizer
& Co., Inc., et al.,</u> (Ill., N., C.A. 69 C 647).

4/8/69    Filed CONDITIONAL TRANSFER ORDER in <u>Peterson's Pharmacy v. Pfizer</u>, Minn.,
CA No. 4-69 Civ. 44.

4/14/69  Filed Motion and Memorandum of plaintiff opposing to conditional transfer order
         **50**  filed 3/24/69 in CA 8184, <u>State of Washington v. Chas. Pfizer</u>

4/14/69  Filed CONDITIONAL TRANSFER ORDER in Mario de Modeno, etc. v. Cha. Pfizer & Co.,
         Inc., et. al., (Calif, Central Civil No. 69-260-CC).

4/14/69  Filed extension of time in State of Washington case in which conditional
         transfer order was entered on March 24, 1969.

4/14/69  CONDITION TRANSFER ORDER IN CASE No. 6559 Tenn., E. filed on March 24, 1969
         becomes EFFECTIVE today.  Notified transferee clerk.

4/14/69  CONTITIONAL TRANSFER ORDER in Case No. 20578, Marylandfiled on March 24, 1969
         becomes EFFECTIVE today.  Notified transferee clerk.

4/17/69  CONDITIONAL TRANSFER ORDER IN CASE No. 69 C 647 filed on April 7, 1969
         becomes EFFECTIVE today.    Notified transferee clerk.

4/18/69  CONDITIONAL TRANSFER ORDER in No. 4-69 Civ. 44, Minnesota, filed on April 8
         becomes effective today.  Notified transferee clerk.

4/18/69  Filed CONDITIONAL TRANSFER ORDER IN No.69-687 <u>Sun Ray Drug Company et al.</u>
         <u>v. Chas. Pfizer & Co. et al.</u>   (E. of Pa. to S. N.Y. )

4/18/69  Filed CONDITIONAL TRANSFER ORDER in No. 130-69 <u>Weiwall Drug Co. et al.</u>
         <u>v. Chas. Pfizer Co., Inc. et al.</u> (Dis. of Puerto Rico to S. N.Y.)
  (*)

4/24/69  Filed Defendants' Memorandum in Response to the State of Washington's (C.A.
         **57**  No. 8184, Wash., W.) Motion Opposing Consolidation.

4/25/69  CONDITIONAL TRANSFER ORDER in C.A. 69-260-CC (Calif., C.) <u>Mario de Modeno</u>
         effective today.  Notified transferee clerk.

4/28/69  Filed ltr fr plaintiff State of Washington in C.A. No. 8184
         **52** (Wash., W.) requesting hearing before Panel.

5/2/69   CONDITIONAL TRANSFER ORDER in <u>Weiwall Drug Co.</u> (No. 130-69, P.R.) became
         effective.  Notified transferee clerk.

5/2/69   CONDITIONAL TRANSFER ORDER In <u>Sun Ray Durg Co.</u> (Pa., E., No. 69-687)
         became effective.  Notified transferee clerk.

(*)4/23/69 Filed CONDITIONAL TRANSFER ORDER in <u>State of Nebraska</u> (Nebr., No. 1513L)

5/2/69   NOTICE OF HEARING mailed to all counsel re; <u>State of Washington etc. v.</u>
         <u>Chas Pfizer & Co., et al.</u> C.A. 8184 for Denber May 23, 1969 meeting

5/6/69   Filed Plaintiff's reply to Defendants' memorandum in Resepnse to the state
         **53** of Washington's motion opposing consolidation.  <u>State of Washington, Etc.</u>
         <u>v. Chas Pfizer & Co., et al.</u>

5/6/69   CONDITIONAL TRANSFER ORDER in <u>State of Nebraska</u> (Nebr., No. 1513L)
         became effective.  Notified transferee clerk.

5/7/69   Filed MINUTE ORDER transferring <u>Midwest Veterinatyr Supply</u> (Minn.,
         No. 4-69 C 75) to N.Y., S.

5/14/59  Filed CONDITIONAL TRANSFER ORDER in Ark. W. No. ED-69-C-8 <u>Jack England</u>
         <u>et al. v. Chas. Pfizer & Co., Inc. et al.</u>

5/14/69  Filed CONDITIONAL TRANSFER ORDER IN Wash. W. No. 822 <u>Group Health Øcoop. of</u>
         <u>Puget Sound v. Chas. Pfizer & Co., Inc. et al</u>

5/14/69  Filed stipulation signed by all counsel in State of Alaska Case (No. J-2-69)
  **54**   for transfer to New York, S.

5/21/69  Entered CONDITIONAL TRANSFER ORDER in The Kansas Hospital Asso. v. Pfizer,
         Kansas, No. T-4560.

5/21/69  Filed MINUTE ORDER transferring State of Alaska, etc. v. Chas. Pfizer & Co.,
         Inc., et al., from Alaska (No. J-2-69 Civil) to N.Y., S.

5/23/69  Filed Motion and Memorandum to Vacate Transfer Order in Group Health Cooperativ
  **55**   of Puget Sound v. Chas. Pfizer & Co., Inc., et al., Case No. 8222, Wash.,W.

5/26/69  Filed order of Panel staying execution of transfer order entered on May 14
         in C.A. 8222, Wash., W., Group Health Cooperative of Puget Sound v. Pfizer

5/26/69  Filed Motion and Brief to Vacate Transfer Order of 5/14 in Jack England
  **56**   case, No. ED-69-C-8, Ark., W.

5/26/69  Filed order of Panel staying execution of transfer order entered on May 14
         in C.A. ED-69-C-8, Ark., W., Jack England, et al. v. Pfizer.

6/3/69   CONDITIONAL TRANSFER ORDER in C.A. T-4560, Kansas Hosp. Asso. v. Pfizer,
         Kansas, effective today.  Notified transferee clerk.

6/4/69   Filed letter of plaintiff in Group Health Cooperative Case waiving further
  **57**   hearing and stating reliance on documents already submitted.

6/6/69   Filed Defendants' memo responding to Motion of Group Health Cooperative of
  **58**   Puget Sound Opposing Transfer

6/6/69   Filed Defendants' Memo in Opposition to Motion of Jack England, et al., to
  **59**   Vacate Order of Transfer to the Southern District of New Yor,.

6/11/69  Filed Supplemental Brief of plaintiff Jack England supporting motion to
  **60**   vacate transfer order.

6/16/69  Filed stipulation of all parties to transfer of City of Kansas City, Mo. v.
  **61**   Chas. Pfizer

6/20/69  Filed Hearing Order setting for 9:30 a.m. on July 25 in Denver to hear
         opposition to Jack England Case (Ark., W., No. ED-69-C-8

6/20/69  Filed order transferring City of Kansas City, Mo. v. Pfizer case to N.Y., S.
         on stipulation of all parties.

6/25/69  Filed CONDITIONAL TRANSFER ORDER In Building Service Union Health & Welfare
         Fund V. Chas. Pfizer & Co., Inc., Calfiornia, N., No. 51523

6/25/69  Filed stipulated transfer order in City of Kansas City, Missouri v. Chas.
         Pfizer & Co., Inc., et al., Missouri, W., No. 17465

7/8/69   CONDITIONAL TRANSFER ORDER IN C.A. No. 51523 (Building Service Union
         Health & Welfare Trust Fund) California, N. effective today. Notified
         transferee clerk.

7/9/69   Filed OPINION AND ORDER (per curiam) lifting stays in State of Washington
         Case and Group Health Cooperative Cases and ordering transfer to N.Y., S.

7/16/69  Filed CONDITIONAL TRANSFER ORDER in Bernard and Mark Lachman, et al., v.
         Chas. Pfizer & Co., Inc., Md., Civ. No. 20971

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST INVOLVING ANTIBIOTIC
DRUGS

D. C. 110A Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 8/4/69 | CONDITIONAL TRANSFER ORDER IN C.A. No. 20971 (Bernard and Mark Lachman, et al., v. Chas. Pfizer & Co., Inc., Maryland) effective today.  Notified transferee clerk. | |
| 8/6/69 | Filed CONDITIONAL TRANSFER ORDER In Edwards Brothers Milling Co., Inc. v. Chas. Pfizer & Co., Inc., et al., North Carolina, E., No. 2372 | |
| 8/6/69  62. | Filed ltr dtd. 7/11/69 advising error in opinion as to counsel for State of Washington case and the Group Health Cooperative Case. | |
| 8/7/69 | Filed order CORRECTENG O&O as to p. 2 footnote referring to counsel for State of Washington and Group Health Cooperative Cases. | |
| 8/19/69 | Filed CONDITIONAL TRANSFER ORDER In Edwards Brother Milling Co., Inc. v. Chas. Pfizer & Co., Inc., et al., North Carolina, E.; No. 2372.  Notified transferee clerk. | |
| 8/21/69 | Filed OPINION AND ORDER lifting stay on May 14 conditional transfer order in Jack England Case, Ark., W., No. ED-69-8 and ordering transfer of said case to New York, S. (Per Curiam) | |
| 8/26/69  63 | Filed STIPULATION signed by counsel for def. and pl. agreeing that Case No. 17640-4, Missouri Farmers Asso., Inc., et al. v. Chas. Pfizer & Co., Inc., et al., should be transferred to N.Y., S. | |
| 8/27/69 | Filed CONDITIONAL TRANSFER ORDER IN C.A. NOS.  IP-69-C-366, Lester Cronley, etc. v. Chas. Pfizer & Co., Inc., et al., Ind., S., Ralph Pfau d/b/a Victor Pharmacy, et al. v. Chas. Pfizer & Co., Inc., et al Ind., S. IP-69-C-367 and A69-CA-108, Burgess Poultry Market, Inc., et al. v. Chas. Pfizer & Co., Inc. et al., Texas, W. | |
| 9/4/69 | Missouri Farmers Asso., Inc., et al. v. Pfizer, Mo., W., No. 17640-4 MINUTE ORDER ENTERED TRANSFERRING CASE TO N.Y., S. | |
| 9/8/69  64 | Filed Motion of defendants (w/supporting brief) to transfer UNITED STATES OF AMERICA V. CHAS. PFIZER & CO., INC., ET AL. from D.C. (No. 1966-69) to New York, Southern. | |
| 9/9/69 | Burgess Poultry Market, Inc., et al. v. Pfizer., et al., Tex., W. No. A69-CA-108 Lester Cronley, etc. v. Pfizer, et al., Ind., S., No. IP-69-C-366 Ralph Pfau d/b/a Victor Pharmacy, et al. v. Pfizer, et al., Ind., S., No. IP-69-C-367  CONDITIONAL TRANSFER ORDER EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK | |
| 9/17/69 | Northwest Hos. Inc. v. Chas. Pfizer & Co. , No. 69 C 1859 Ill., N CONDITIONAL TRANSFER ORDER ENTERED TODAY | |
| 9/22/69  65 | Filed pl. United States Brief (w/Exhibits) in Opposition to Motion for transfer of C.A. 1966-69 (D. C.) | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 9/24/69 | Sol S. Turnoff Drug Dis. v. American Cyanamid Co., Pa., E., No. 69-1885.   CONDITIONAL TRANSFER ORDER ENTERED TODAY. | |
| 9/29/69 | United States v. Pfizer, et al., D.C., C.A. No. 1966-69   Extension of time to file briefs in reply to opposition to transfer. | |
| 9/30/69 | Northwest Hospital, Inc. v. Pfizer, Ill., N., No. 69C 1859   C.T.O. EFFECTIVE TODAY.   NOTIFIED TRANSFEREE CLERK. | |
| 10/1/69 | Haverford Hos. Corp., et al v. Chas. Pfizer & Co., Inc., et al Penn., E., No. 69-2249.  CONDITIONAL TRANSFER ORDER  ENTERED TODAY | |
| 10/1/69 | Immanuel, Inc. v. Chas. Pfizer & Co., Inc., et al Neb., No. 03373   CONDITIONAL TRANSFER ORDER ENTERED TODAY | |
| 10/7/69 | Sol S. Turnoff Drug Dist. Inc., et al v. Amer. Cyan. Co., Pa., E. No. 69-1885.  CONDITIONAL TRANSFER ORDER EFFECTIVE TODAY | |
| 10/9/69 | Washington State Hos. Ass., et al v. Chas. Pfizer & Co., Inc. et al No. 8539. CONDITIONAL TRANSFER ORDER ENTERED TODAY | |
| 10/9/69 66 | The Anderson Cattle Co., et al v. Amer. Cyan. Co., et al, Kansas No. T-4659.  Filed Stipulation of all parties for transfer to New York, Southern | |
| 10/9/69 67 | Filed Defendant's Brief in Reply to Plaintiff's Brief in Opposition to transfer of U. S. v. Pfizer (D.C.) | |
| 10/14/69 | Haverford Hos. Corp., et al v. Chas. Pfizer & Co., Inc., et al Pa., E., No. 69-2249. C.T.O.  EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK | |
| 10/14/69 | Immanuel, Inc. v. Chas. Pfizer & Co., Inc., et al Nebr., No. 03373   C.T.O.  EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK | |
| 10/16/69 | Balfour, Guthrie & Co., Ltd. v. Pfizer, Calif., N. No. 52342   CONDITIONAL TRANSFER ORDER ENTERED:  SENT TO ALL COUNSEL AND JUDGES | |
| 10/28/69 | Balfour, Guthrie & Co., Ltd. v. Pfizer, Calif., N. No. 52342   C.T.O.  EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK | |
| 11/3/69 | Wash. State Hosp. Asso., et al v. Chas. Pfizer & Co., Inc., et al, Wash., W., Civil Action No. 8539.  C.T.O.  EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK* | |
| 11/12/69 | Entered hearing order for 12/8 in Philadelphia for U.S. v. Pfizer, D.C., CA No. 1966-69. | |
| 11/13/69 | Mailed NOTICE OF HEARING to counsel in U.S. v. Pfizer (w/Rules of Procedure) for 12/8 in Philadelphia,  (SENT TO ALL COUNSEL IN JP-10) | |
| | *The order should have become effective 10/20/69 | |

12/3/69   A. C. Smith Poultry Co., etc. v. Chas. Pfizer & Co., Inc., et al, Ca., N.,
          No. 1293.  CONDITIONAL TRANSFER ORDER ENTERED TODAY.  SENT TO ALL COUNSEL AND
          JUDGES

12/12/69  Rutledge Ranch etc. v. Chas. Pfizer & Co., Inc., et al, Alba., N., No. 69-766
   "      Guy J. Phelps, Jr. v. Chas. Pfizer & Co., Inc., et al, Alba., N., No. 69-767
   "      Kenneth Murray Co. v. Chas. Pfizer & Co., Inc., et al, Alba., N., No. 69-768
          CONDITIONAL TRANSFER ORDER ENTERED TODAY.  SENT TO ALL COUNSEL AND JUDGES

12/16/69  A. C. Smith Poultry Co., etc. v. Chas. Pfizer & Co., Inc., et al, Ga., N.
          No.1293.  C.T.O. EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK

12/23/69  Rutledge Ranch etc. v. Chas. Pfizer & Co., Inc., et al, Alba., N., No. 69-766
12/23/69  Guy J. Phelps, Jr. v. Chas. Pfizer & Co., Inc., et al, Alba., N., No. 69-767
12/23/69  Kenneth Murray Co. v. Chas. Pfizer & Co., Inc., et al, Alba., N., No. 69-768
          C.T.O.  EFFECTIVE TODAY.  NOFITIED TRANSFEREE CLERK

12/31/69  INTERNATIONAL RECTIFIER CORP., ET AL. V. AMERICAN CYANAMID CO., ET AL.,
          CTO ENTERED TODAY.  Sent to All Counsel and Involved Judges.

1/8/90    Filed ORDER denying request of Pfizer to participate and submi brief to Panel
          in U.S. v. Pfizer (D.C., No. 1966-69)

1/13/70   INTERNATIONAL RECTIFIED CORP., ET AL. V. AMER. CYANAMID CO., ET AL.,
          CTO ELAPSED TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES.

1/16/70   DR. E. J. HOFFERT, V. AMERICAN CYANAMID, Minn., No. 4-69 Civil 458
          CTO ENTERED TODAY.  Sent to All Counsel and Involved Judges.

1/23/70   SYLVAN ACRES INC., ET AL. V. CHAS. PFIZER & CO., INC., ET AL., Ill., N. 70 C 39
          CTO ENTERED TODAY.  Sent to All Counsel and Involved Judges.

1/27/70   DR. E. J. HOFFERT V. AM. CYANAMID, Minn., No. 4-69 Civil 458
          CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES.

1/30/70   U. S. V. CHAS. PFIZER & CO., INC., ET AL., D.C., No. 1966-69
          Opinion and Order entered today transferring Counts II and III to the S.D.
          New York and assigning same to Judge Wyatt.  Count I is trans-ferring
          and immediately remanded to the District of Columbia.

2/4/70    SYLVAN ACRES INC., ET AL. V. CHAS. PFIZER & XO., INC., ET AL., ILL., N. 70 C 39
          CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES.

2/5/70    MARSHALL DURBIN FOOD CORP., ET AL V. CHAS PFIZER & CO., INC., ET AL,
          ALA., M., NO. 3015-N.  CTO ENTERED TODAY.  Sent to All Counsel and
          Involved Judges.

2/5/70    THE NATIONAL FARMERS' ORGANIZATION INC., ET AL V. AMERICAN CYANAMID CO., ET AL
          OHIO, S., NO. 7398.  CTO ENTERED TODAY.  Sent to All Counsel and Involved
          Judges.

2/17/70   MARSHALL DURBIN FOOD CORP., ET AL V. CHAS. PFIZER & CO., INC., ET AL,
          ALA., M., NO. 3015-N  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK
          AND INVOLVED JUDGES

2/17/70   THE NATIONAL FARMERS' ORGANIZATION INC., ET AL. V. AMERICAN CYANAMID
          CO., ET AL, OHIO, S., NO. 7398  CTO EFFECTIVE TODAY  NOTIFIED
          TRANSFEREE CLERK AND INVOLVED JUDGES

2/20/70   THE REP. OF VIET-NAM V. CHAS. PFIZER & CO., INC., ET AL, ILL., N., NO. 70 C 299
          CTO ENTERED TODAY.  Sent to all Counsel and Involved Judges

3/2/70    RICHARD X. CONNORS ET AL, V. CHAS. PFIZER & CO., INC., ET AL VIR., E.,
          NO. 70-70-A

3/2/70    ASSOCIATED LIFE INSURANCE CO. ETC. V. CHAS. PFIZER & CO., INC., et al,
          Ill., N., No. 70 C 368   CTO ENTERED TODAY.  Sent to all Counsel
          and Involved Judges

3/3/70    THE REPUBLIC OF VIET-NAM V. CHAS. PFIZER & CO., INC., et al, Ill., N.,
          No. 70 C 299  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND
          INVOLVED JUDGES

3/13/70   RICHARD X. CONNORS,ET AL V. CHAS. PFIZER & CO., Inc., et al, Vir.,
          E., No. 70-70-A   CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND
          INVOLVED JUDGES

3/13/70   ASSOCIATED LIFE INSURANCE CO. Etc. v. Chas. Pfizer & Co., Inc., et al,
          Ill., N., No. 70 C 368  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK
          AND INVOLVED JDUGES

3/17/70   CARL F. DODGE ETC. V. CHAS. PFIZER & CO., INC., et al, Ill., N., No. 70 C 500
          CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

3/30/70   CARL F. DODGE ETC. V. CHAS. PFIZER & CO., INC., et al, Ill., N., No. 70 C 500
          CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

4/3/70    THRIFTY DRUG CO., INC., et al v. Chas Pfizer & Co., Inc., et al, Calif.,
          C., No. 70-502AAH.  CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES

4/3/70    MALCOLM-GREGG CO., INC., et al v. Chas. Pfizer & Co., Inc., et al, Calif., N.,
          No. C-70- 613.  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

4/7/70    Filed ENTRY OF APPEARANCE AND CONSENT TO TRANSFER by pl. Bernard Kay, et al.
(68)      v. Chas. Pfizer & Co., Inc., et al., S.D. Ohio, CA. No. 70-76

4/7/70    Filed MINUTE ORDER transferring Kay v. Pfizer to S.D. N.Y. and assignment
          to Judge. Wyatt.

4/13/70   MALCOLM-GREGG CO., INC., et al v. Chas. Pfizer & Co., Inc., et al, Calif.,
          N., No. C-70-613 CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND
          INVOLVED JUDGES

4/13/70   THRIFTY DRUG CO., INC., et al v. Chas. Pfizer & Co., Inc., et al, Calif., C.,
          No. 70-502AAH  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED
          JUDGES

6/15/70   THE FRENCH HOSPITAL OF L.A., ET AL, V. CHARLES PFIZER & CO., INC., ET AL,
          Calif., C.A. No. 70-1101-IH.  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND
          INVOLVED JUDGES

6/16/70   MOTION TO TRANSFER in French Hospital of L.A., et al. v. Pfizer, C.D. Cal.,
(69)      No. 70-1101-IH. by plaintiffs.

6/26/70   THE FRENCH HOSPITAL OF L.A., ET AL, V. CHAR. PFIZER & CO., INC., ET AL,
          Calif., C.A. No. 70-1101-IH.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE
          CLERK AND INVOLVED JUDGES.

7/7/70    VALLEY CLERKS TRUST FUND, V. CHAS. PFIZER & CO., INC., ET AL, N.D. CALIF.,
          No. C-70-1294LHB
          SAN FRANCISCO CULINARY, BARTENDERS & SERVICE EMPLOYEES WELFARE FUND, V.
          CHAS. PFIZER & CO., INC., ET AL, N.D. CALIF., No. C-70-1295ACW
          CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 7/20/70 | VALLEY CLERKS TRUST FUND V. CHAS. PFIZER & CO., INC., et al, N.D. CALIF., No. C-70-1294LHB - SAN FRANCISCO CULINARY, BAR-TENDERS & SERVICE EMPLOYEES WELFARE FUND V. CHAS. PFIZER & CO., INC., ET AL, N.D. CALIF., NO. C-70-1295ACW.  CTO EFFECTIVE TODAY NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 8/14/70 | RETAIL CLERKS LOCAL 770 & FOOD EMP. BENEFIT FUND., ET AL. V. CHAS. PFIZER & CO., INC., ET AL., N.D. CALIF., No. C-70-1681 ACW BAKERS HEALTH & WELFARE FUND., ET AL. V. CHAS. PFIZER & CO., INC., ET AL., N.D. CALIF. No.  C-70-1680 ACW  CTO ENTERED TODAY- SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 8/25/70 | BAKERS HEALTH & WELFARE FUND, et al v. Chas. Pfizer & Co., Inc., et al, N.D. Calif., No. C-70-1680ACW RETAIL CLERKS LOCAL 770 and FOOD EMPLOYERS BENEFIT FUND, et al, v. Chas. Pfizer & Co., Inc., et al., N.D. Calif., No. C-70-1681 ACW CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 10/2/70 70 | Motion by Plaintiffs' National Steering Committee to Transfer to the District of Minnesota; Brief of Certain Farm Plaintiffs, Misc. Pl's & United States; Brief of Certain Government Plaintiffs;  Ltr from certain pl's asking for expedited hearing on motion. | |
| 10/5/70 71 | Motion to Transfer Government Cases to a Separate Judge by States of California, Kansas & N.C. | |
| 10/8/70 72 | Ltr. of def. Pfizer, American Cyanamid, Bristol-Myers, Upjohn & Squibb Beech-Nut, and Olin Corp. for hearing on question of new judge. | |
| 10/13/70 73 | Brief of Aetna Life Insurance Co. Opposing Motion. | |
| (8) 10/13/70 | Notice of Hearing mailed to all counsel | |
| 10/16/70 74 | Defs. joint memoradum in opposition to motions by certain Pls. for further transfer or transfers of certain actions. | |
| (*) | (Affidavit of Service) | |
| 10/22/70 | Consent of Sylvan Acres & Associate Life Ins. Co. (Pls.) to Mot. to Transfer | |
| 10-26-70 | Certificate of Service for brief of pl. Edwards Bros. Milling Co., Inc. | |
| (*)10/22/70 76 | Filings at Hearing in Boston: (1) Ltr. fr Pl. N. C. counsel stating views on consolidation. | |
| 77 | (2)  Pls' Joint Reply Memo | |
| 78 | (3)  Erratum Correction of Defs' Joint Memorandum | |
| 79 | (4)  Brief of Edwards Bros., Inc. in Support of Motion | |
| 80 | (5)  Exhibit 1 of Pls' National Steering Committee | |
| 11/2/70 81 | Joinder in Motion by Pls. National Steering Comm. for transfer to the District of Minnesota | |
| 11/9/70 82 | Ltr. fr. Scanlon (pl.s) dtd. 11/6 re: Motion to remand and transfer of non-setlg. cases to Minn. | |
| 11/16/70 | LOUISIANA HATCHERIES, INC., et al v. Chas. Pfizer & Co., Inc., et al E.D. La., No. 70-3000.  CTO ENTERED TODAY.  Sent Counsel of Record and involved judges. | |
| 12/2/70 | LOUISIANA HATCHERIES, INC., et al v. Chas. Pfizer & Co., Inc., et al E.D. La., No. 70-3000.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES - CTO of 11/16/70 VACATED | |
| 12/2/70 | CTO ENTERED TODAY IN LOUISIANA HATCHERIES CASE sent to Defense Counsel and Involved Judges. | |
| (*)  10/2/70 | HEARING ORDER sent to involved Judges and Clerks. | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 12/2/70 | ORDER TO SHOW CAUSE in Group Health Cooperative of Puget Sound v. Chas. Pfizer & Co., Inc., et al, No. 69 Civ. 3195 AND California Physicians' Service v. Chas. Pfizer & Co., Inc., et al, No. 69 Civ. 4746. Sent to Defense Counsel and Involved Judges. | |
| 12/2/70 | Consent of Chief Judge Sugarman to assignment of non-settlment cases to Judge Lord. | |
| 12/2/70 | Stipulation of Pltf's Nat'l Steering Comm. & Liaison Counsel for Defendants as to changes in transcript of 10/22/70 hearing. | |
| 12/2/70 | OPINION AND ORDER reassigning non-settling cases to Judge Miles Lord (Minn.) in Southern District of New York. Total of 58 actions are subject to this order. Copies to all counsel, Judges Wyatt, Lord and Sugarman. Panel Judges, Publishers & Transferee Clerk. | |
| 12/8/70 | AMENDED ORDER correcting the opinion and order filed on Dec. 2, 1970 in the Antibiotic Drug Litigation. | |
| 12/10/70 | Motion for assignment to Judge Lord of Group Health Cooperative of Puget Sound v. Chas. Pfizer & Co., Inc., et al, No. 69 Civ 3195 S.D. N.Y. | |
| 12/18/70 | LOUISIANA HATCHERIES, INC., ET AL V. CHAS. PFIZER & CO., INC., et al, E.D. LA., No. 70-3000. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES | |
| 12/23/70 | ORDER ENTERED reassigning non-settling case, No. 69 Civ. 3195 and 69 Civ. 4746, S.D. N.Y. to Judge Miles. Order sent to transferee clerk, involved judges, and involved Counsel. | |
| 1/19/71 | MUTUAL OF OMAHA V. AMERICAN CYANAMID, Minn. Civ. No. 4-71-Civ-6 CTO ENTERED TODAY. SENT TO COUNSEL (ALL) AND INVOLVED JUDGES. | |
| 1/26/71 | Motion of Associated Life Insurance Co. to transfer St. of W.Va. Case (No. 68 Civ. 240) and Hartford Hospital Case (No. 69 Civ. 755) from Judge Wyatt to Judge Lord.  Supporting Memoranda | |
| 1/29/71 | Order denying Asso'd Life Ins. Co. motion to transfer hearing and assign motions to Judge Lord. To movant attorney, liaison counsel, to John Gordan & Judge Lord. | |
| 1/29/71 | CERTIFICATE OF SERVICE for Motion of Assoc. Life Ins. Co. to transfer Hearing filed 1/26/71 | |
| 2/5/71 | MUTUAL OF OMAHA V. AM. CYANAMID, minn., Civ. No. 4-71-Civ-6 CTO EFFECTIVE TODAY. Notifed transferee & transferor clerks & judges. | |
| 2/8/71 | Motion w/brief of Defendants to Remand International Rectifier Case to C.D. California | |
| 3/3/71 | INTERNATIONAL RECTIFIER CORP., ET AL., V. AMERICAN CYANAMID CO., ET AL. C.D. CALIF., CIVIL ACTION NO. 69-2482-HP. Plaintiffs Motion (with Brief) in opposition to remand the International Rectifier Case to the Central District of California for completion of pretrial proceedings. 1 (one) Preliminary statement received attached and filed with original. | |
| 3/3/71 | INTERNATIONAL RECTIFIER CORP., V. AMERICAN CYANAMID CO, C.D. CALIF. Civil Action No. 69-2482-HP. Plaintiffs' request for extension of time for filing and serving response and brief involving defendants' motion to remand to C.D. Calif. (3/2/71) | |
| 3/3/71 | INTERNATIONAL RECTIFIER CORP., V. AMERICAN CYANAMID CO, C.D. CALIF. Civil Action No. 69-2482 HP. Entered order granting extension to 3/3/71 Notified plaintiffs counsel. | |

K

| Date | Pleading Number | |
|------|------|---|
| 3/10/71 | 89 | AMERICAN CYANAMID CO. V. RACHELLE LABORATORIES, INC., XXXXXXXXXXXXXXX (C.D. Calif No. 70-521-JWC) Defendant's motion and brief to transfer to S.D. New York for coordinated or consolidated pretrial proceedings. |
| 3/11/71 | | INTERNATIONAL RECTIFIER CORP. V. AMERICAN CYANAMID, S.D.N.Y., 70 Civ 180 (C.D. Calif, 69-2484HP) - ORDER denying defendants motion to remand. Sent to counsel, and involved judges. |
| 3/24/71 | 90 | AMERICAN CYANAMID CO. V. RACHELLE LABORATORIES., (70-721-JWC) C.D.Cal. American Cyanamid request for extension of time to file response and brief in opposition to defendant's motion to transfer to S.D.N.Y. Order entered extending time to and including April 5, 1971. Notified counsel (Non-Settling) and involved judges. |
| 3/30/71 | 91 | AMERICAN CYANAMID CO. V. RACHELLE LAB., INC., (71-242-JWC) C.D.CALIF. Defendant memo of points and authorities in support of motion to transfer.  Defendant's Motion to Transfer. |
| 3/30/71 | 92 | PLAINTIFF AMERICAN CYANAMID's brief in Opposition to Motion to Transfer C.D. Cal. Action No. 70-721-JWC to S.D. N.Y. |
| 4/5/71 | 93 | Request of pl. American Cyanamid (C.D. Cal. 71-242-JWC) to respond to motion to transfer to & incl. April 30, 1971. |
| 4/6/71 | | ORDER granting to & incl. 4/19/71 for American Cyanamid to respond in (C.D. Cal., 71-242-JWC) |
| XXXXXX 4/8/71 | 94 | Reply Brief of Defendant Rachelle Laboratories (C.D. Cal., No. 70-521-JWC) |
| 4/19/71 | 95 | AMERICAN CYANAMID CO. V. RACHALLE LAB., INC., (C.D.CALIF. 71-242-JWC) Plaintiffs brief in opposition to motion to transfer. |
| 4/21/71 | | AMERICAN CYANAMID CO. V. RACHELLE LABORATORIES INC., C.D.CALIF. 70-521-JWC AMERICAN CYANAMID CO. V. RACHELLE LAB., C.D. CALIF., 71-242-JWC HEARING ORDER entered setting for May 26, 1971 Washington, D. C. |
| 5/6/71 | 96 | AMERICAN CYANAMID. CO. V. RACHELLE LABORATORIES, C.D.CAL. 71-242-JWC Request for extension to May 6, 1971 from Rachelle Laboratories. Order entered extending Rachelle Laboratories time to file and serve brief to and including May 6, 1971.  Sent to plaintiffs counsel and Defendant counsel. |
| 5/6/71 | 97 | AMERICAN CYANAMID CO. V. RACHELLE LAB., C.D.CALIF 71-242-JWC Defendant's reply brief to motion to transfer. |
| 6/15/71 | | AMERICAN CYANAMID CO. V. RACHELLE LAB., C.D.CAL., 70-521-JWC AMERICAN CYANAMID CO. V. RACHELLE LA.B., C.D. CAL., 71-242-JWC Opinion and Order transferring to S.D.N.Y. (Judge Lord) |
| 8/16/71 | | E.J. HOFFERT V. AM. CYANAMID, MINN 4-69-458        70 Civ. 367 GRANGE CO. V. AM. CYANAMID, MINN 4-68-411        69 Civ. 1556 DOUGHBOY IND., INC. V. AM. CYANAMID, MINN 4-69-409     69 Civ. 1558 MINN. FUR FOODS COOPERATIVE V. AM. CYANAMID, MINN 4-68-410      69 Civ. 1559 MIDWEST VETERINARY SUPPLY V. AM. CYANAMID, MINN 4-69-75     69 Civ. 1557 MUTUAL OF OMAHA INS. CO. V. AM. CYANAMID, MINN 4-71-6      71 Civ 570 ORDER TO SHOW CAUSE why these cases should not be trans. to Minn. entered today.  Sent to Nonsettling counsel. |
| 8/26/71 | 98 | E.J. HOFFERT, THE GRANGE CO., DOUBHBOY, MINN. FUR FOODS COOPERATIVE Cases - Plaintiffs consent for transfer to Minnesota |
| 8/30/71 | 99 | MIDWEST VETERINARY SUPPLY,  MUTUAL OF OMAHA INS. CO., Plaintiffs consent for transfer to Minnesota |
| 10/4/74 | | PFIZER INC. V. REVLON, INC., C.D CAL, CV 74-1927-LTL CTO entered today.  Notified counsel, involved judges |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|------|-------------|------------------------------|
| 3/27/74 | (110)  INTERNATIONAL RECTIFIER CORP. AND RACHELLE LABORATORIES, INC. reply brief w/cert. of service and  exhibits. | |
| 4/1/74 | PFIZER, INC. V. INTERNATIONAL RECTIFIER CORP., C.D. CALIF., 74-353-RJK HEARING ORDER - setting action for hearing on April 26, 1974 Washington, D. C. | |
| 8/15/74 | (111) SUPPLEMENTAL MEMORANDUM OF PFIZER, INC., re Pfizer v. International Rectifier Corp., et al., w/certificate of service | |
| 8/28/74 | (112) INTERNATIONAL RECTIFIER CORP. supplemental memorandum to Pfizer Inc. | |
| 10/24/74 | PFIZER V. REVLON, C.D.CAL, CV-74-1927-LTL CTO entered today.  Notified counsel, involved judges | |
| 10/21/74 | PFIZER V. REVLON, C.D.CAL, CV-74-1927-LTL CTO final today.  Notified transfere clerk, judge, involved judges & clerk | |
| 11/12/74 | OPINION AND ORDER -- Pfizer, Inc. v. International Rectifier Corp., et al., C.D. Calif., CV-74-353-RJK -- transferring action to D. Minn. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.§1407 | |
| 12/12/74 | LEO GABOW V. CHAS PFIZER & CO., N.D.CAL., C74-2492-RFP CTO entered today.  Notified counsel, involved judges. | |
| 12/16/74 | SPAIN V. PFIZER, INC., D. D.C., 74-1746 COLOMBIA V. PFIZER, INC., D.D.C. 74-1747 KOREA V. PFIZER, D.D.C., 74-1748 CTO entered today.  Notified counsel, involved judges | |
| 12/30/74 | LEO GABOW V. CHAS PFIZER & CO., N.D.CAL C74-2492 RFP CTO final today.  Notified transferee clerk, involved judges | |
| 12/31/74 | SPAIN V. PFIZER, INC., D. D.C. 74-1746 COLOMBIA V. PFIZER, INC., D.C., 74-1747 KOREA V. PFIZER, D.D.C. 74-1748 NOTICE OF OPPOSITION TO CTO from defts filed today. Order automatically stayed,  Notified counsel | |
| 1/14/75 | Dr. Mace Gazda v. Charles Pfizer & Co., Inc., et al., N.D.Ill 73C3461 CTO filed today.  Notified counsel, involved judges. | |
| 1/15/75 | MOTION AND BRIEF to vacate (SPAIN, COLOMBIA AND KOREA) CTOs filed by (113) defendants American Cyanamid Co., Pfizer, Inc. Squibb and Olin Corp. and Upjohn Co., w/supporting brief and affidavit and cert. of service. | |
| 1/23/75 | OPPOSTION TO MOTION TO VACATE -- Republic of the Philippines opposing (114) defendants motion to vacate CTO. w/cert. of service. | |
| 1/29/75 | OPPOSITION TO MOTION TO VACATE CTO -- Pltfs. The State of Spain, The (115) Government of Colombia and the Republic of Korea w/cert. of service. | |
| 1/31/75 | OPPOSITION TO MOTION TO VACATE CTO -- Pltfs. Federal Republic of Germany, (116) et al. (D. Minn., No. 4-74-614) w/cert. of service. | |
| 2/3/75 | REPLY MEMO IN SUPPORT OF MOTION TO VACATE  -- Moving Defendants (117) w/cert of service | |
| 3/5/75 | Spain v. Pfizer, Inc., D.D.C. 74-1746 Colombia v. Pfizer, Inc., et al. d.D.C. 74-1747 Korea v. Pfizer, D.D.C., 74-1748 HEARING ORDER filed today -- Notified counsel, involved judges. March 21, 1975, Dallas, Texas | |
| 4/8/75 | LETTER -- From counsel in the D.C. foreign actions re:  current developments. | |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 9/27/71 | DR. E.J. HOFFERT V. AM. CYANAMID, ET AL. S.D.N.Y. 70 Civ. 367 | |
| | GRANGE CO. V. AM. CYANAMID, S.D.N.Y. 69 Civ. 1556 | |
| | DOUGHBOY IND., INC. V. AM. CYANAMID, S.D.N.Y. 69 Civ. 1558 | |
| | MINN. FUR FOORS V. AM. CYANAMID, S.D.N.Y. 69 Civ. 1559 | |
| | MIDWEST VETERINARY V. AM. CYANAMID, S.D.N.Y. 69 Civ. 1557 | |
| | MUTUAL OF OMAHA V. AM. SYCNAMID, S.D.N.Y. 71 Civ. 570 | |
| | REMAND ORDER remanding to the District of Minnesota. Sent to Clerk S.D.N.Y. copy to Clerk, D. Minn., Judge Wyatt and Judge Lord. Copy of order to involved counsel. | |
| 11/1/71 | L. I. EDELSON, ET. AL. V. CHAS. PFIZER & CO., INC., ET AL., W.D.PA. | 71-589 |
| | SHOW CAUSE ORDER entered today. Sent to counsel, involved judges. | |
| 11/10/71 / 100 | L.I. EDELSON, ET AL. V. CHAS. PFIZER & CO., W.D. PA., 71-589 | |
| | Letter response from counsel for plaintiff advising no objection to transfer to Minn. for pretrial proceedings. | |
| 2/7/72 | Consent of Chief Judge Devitt for assignment of action to Judge Lord in the District of Minneapolis | |
| 2/7/72 | L.I. EDELSON, ET AL. V. CHAS. PFIZER & CO., ET AL., W.D. PA.,71-589 | |
| | Transfer Order - transferring to D. Minn pursuant to 28 U.S.C.§1407 Notified involved judged, clerks and counsel | |
| 4/14/72 | REPUBLIC OF THE PHILLIPINES V. PFIZER, ET AL. | |
| | D. C. 650-72 - ORDER TO SHOW CAUSE ENTERED TODAY. Notified judges and counsel. | |
| 5/5/72 / 101 | REPUBLIC OF PHILLIPINES V. PFIZER, ET AL., D.C., No. 650-72. Ltr. dtd. 4/28/72 fr. plaintiff advising no opposition to consolidation. | |
| 5/22/72 | REPUBLIC OF PHILLIPINES V. PFIZER, ET AL., D.C., No. 650-72 | |
| | Transfer order - transferring to D. Minn pursuant to 28 U.S.C §1407 Notified involved judges, clerks and counsel | |
| 2-1-73 / 102 | PFIZER, INC. V. INTL. RECTIFIER CORP., ET AL., C.D. CALIF. C73-58-R | |
| | INTERNATIONAL RECTIFIER CORP. AND RACHELLE LABORATORIES MOTION, Brief, Affidavits, and Exhibits to transfer action to S.D.N.Y. pursuant to 28 U.S.C. §1407 w/cert. of service | |
| 2/6/73 | PFIZER, INC V. INTERNATIONAL RECTIFIER CORP. AND RACHELLE LABORATORIES | |
| | HEARING ORDER - Set Feb. 23, 1973, Washington, D.C. | |
| 2/6/73 / 103 | INTERNATIONAL RECTIFIER CORP AND RACHELL LAB. AMENDED certificate of service. | |
| 2/14/73 / 104 | USV PHARMACEUTICAL CORP. joining in motion to transfer Pfizer v. Intl. Rectifier, C.C. Cal, C73-58-R. | |
| 105 2/14/73 | PFIZER's Brief in opposition to motion to transfer C.D. Calif. action | |
| 2/21/73 106 | International Rectifier Corp. and Rachelle Lab. reply brief to motion to transfer, exhibits, cert. of service. | |
| 107 2/23/73 | PFIZER letter regarding additional matters (FILED IN OPEN COURT) | |
| 3/12/73 | PFIZERS V. INTERNATIONAL RECTIFIER CORP. AND RACHELLE LABORATORIES | |
| | C.D. CALIF., C-73-58-R | |
| | OPINION AND ORDER - transferring action from C.D. Calif. to D. Minn for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Distribution made. | |
| 3/7/74 (108) | PFIZER INC. V. INTERNATIONAL RECTIFIER CORP., ET AL., C.D. CALIF. 74-353-RJk - Motion of International Rectifier and Rachaelle to transfer action to D. Minn. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407(brief, affidavit and cert. of service included. | |
| 3/25/74 (109 | PFIZER response to motion w/cert. of service | |

| Date | Pleading Number | |
|------|------|------|
| 4/17/75 | | LETTER -- From Counsel in the D.C. foreign actions re:  current developments dated 4/16/75 |
| 9/8/75 | | LETTER -- Counsel for Chas Pfizer in Foreing Actions informing of resent developments and stating a desire to transfer the foreign actions in this litigation to the District of Columbia |
| 9/15/75 | | LETTER -- XXXXXX Counsel for foreign plaintiffs on status of actions |
| 11/25/75 | | GOVT. SPAIN V. PFIZER, D. D.C. 74-1746     Letter from Counsel for Colombia and Korea w/ dismisal re Spain axtion attached. |
| 1/21/76 | | GOV. OF COLOMBIA V. PFIZER, D. D.C. XXXXXXX  74-1747 GOVT. OF KOREA V. PFIZER, D. D.C., 74-1748    OPINION AND ORDER transferring actions to the D. Minn. for assignment to Judge Lord under 28 U.S.C. §1407 |
| 11/2/77 | | ORDER  -- REASSIGNING LITIGATION TO JUDGE CHARLES R. WEINER OF E. PA., sitting by designation in the District of Minnesota pursuant to 28 U.S.C. §292(b) (effective 10/24/77) Notified INVOLVED Judges, all counsel and clerk. |

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING ANTIBIOTIC DRUG

*all settling cases have been terminated*

*TRANS. TO MINNESOTA BY J. LORD UNDER § 1404(a) - 8/2/71*

*reassigned to J. Lord*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| A-1 | State of Alabama v. Chas. Pfizer & Co., et al. *terminated 9/30/70* | | N.Y., S. | | 68 Civ 1099 |
| A-2 | City of New York v. Pfizer *terminated 9/29/70* | | | | 64 C 1742 |
| A-3 | State of Florida v. Pfizer *terminated 9/29/70* | | | | 67 C 4143 |
| A-4 | State of Illinois v. Pfizer *terminated* | | | | 68 C 273 |
| A-5 | State of Louisiana v. Pfizer *terminated 9/30/80* | | | | 68 C 1380 |
| A-6 | City of Memphis v. Pfizer *terminated 9/29/70* | | | | 68 C 1807 |
| A-7 | State of Minnesota v. Pfizer *terminated 9/29/70* | | | | 68 C 735 |
| A-8 | State of Mississippi v. Pfizer *terminated 9/29/00* | | | | 68 C 1625 |
| A-9 | State of North Dakota v. Pfizer *terminated 9/29/70* | | | | 68 C 1626 |
| A-10 | State of Oregon v. Pfizer | | | | 68 C 2370 |
| A-11 | Commonwealth of Pennsylvania v. Pfizer | | " | | 68 C 1212 |
| A-12 | State of New York v. Pfizer | | " | | 68 C 845 |
| A-13 | State of West Virginia v. Pfizer | | " | | 68 C 240 |
| A-14 | State of Wisconsin v. Pfizer *terminated 9/29/70* | | " | | 68 C 91 |
| A-15 | State of Ohio v. Pfizer | | " | | 68 C 2019 |
| A-16 | State of Indiana v. Pfizer | | " | | 68 C 3157 |
| A-17 | City of Philadelphia & City of Detroit v. Pfizer *terminated 9/29/70* | | Pa., E. | | C.A.68-144 |
| A-18 | Fort Pierce, Florida, General Hosp. Deborah Hosp. v. Pfizer *terminated 5/24/8* | | | *7/30/71* | C.A.68-452 |
| A-19 | Sidney Hillman Labor Council v. Pfizer *terminated 7/30/71* | | | | C.A.68-162 |
| A-20 | Kent Pharmaceutical v. Pfizer *7/30/71* | | | | C.A.68-384 |
| A-21 | City of Boston v. Pfizer | | Mass. | | 68-105-G |
| A-22 | Commonwealth of Massachusetts v. Pfizer *1/6/71* | | | | 68-116-G |
| A-23 | City of Baltimore v. Pfizer | | Ill., N. | | 68C 758 |
| A-24 | State of Maryland v. Pfizer | | | | 68C 757 |
| A-25 | State of New Mexico v. Pfizer *terminated 9/29/70* | | | | 68C 822 |
| A-26 | Cotler Drugs, et al. v. Pfizer | | | | 68C 220 |
| A-27 | State of Connecticut v. Pfizer | | | | 68C 1181 |
| A-28 | State of Iowa v. Pfizer | | Iowa, S. | *10/23* | 8-2130-C-2 |
| A-29 | State of Kansas v. Pfizer | | Kansas | *10/23* | T-4404 |
| A-30 | State of Texas v. Pfizer *terminated 9/30/70* | | Texas, N. | *10/23* | 3-2165 |
| A-31 | Continental Vitamin Corp. v. American Cyanamid | | New Jersey | *10/23* | 936-63 |

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 10 – MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING ANTIBIOTIC DRUGS

*All settling cases have been terminated*

*(assigned to J. Lord)*

✱ TRANSFERRED TO MINNESOTA – 28 USC §1404(a) – J. LORD – 8/6/71

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|------------|----------------|-------|----------|
| A-32 | City of San Francisco v. Pfizer | | Calif., N. | 68-4274 | 48909 |
| A-33 | State of California v. Pfizer | | " | | 49044 |
| A-34 | Bidart Bros. v. Pfizer | | " | | 49145 |
| A-35 | Los Angeles County v. Pfizer | | " | | 49670 |
| A-36 | American Medical Enterprises v. Pfizer | | California, C. | | 67-1365-R |
| A-37 | Benalen v. Pfizer | *terminated 9/30/70* | | | 67-793-R |
| A-38 | Domaro v. Pfizer | *terminated 9/30/70* | | | 67-1366-R |
| XYZ | Aetna Life Ins. Co. v. Pfizer & Cyanamid | | Y., S. | | 69 Civ 3299 |
| " | Blue Cross Ass'n, Inc., et al. v. Pfizer, et al. | | " | | 69 Civ. 820 |
| " | Blue Cross of Northeast Ohio, et al. v. Pfizer, et al. *terminated 5/24/71* | | " | | 69Civ.1015 |
| " | Blue Cross of Western Pa., et al. v. Pfizer, et al. *terminated 5/24/71* | | " | | 69Civ.2158 |
| " | Connecticut Blue Cross, Inc. v. Pfizer, et al. *terminated 5/24/71* | | " | | 69Civ.1142 |
| " | District of Columbia v. Pfizer, et al *terminated 9/30/70* | | " | | 69Civ.2778 |
| " | Georgia v. Pfizer, et al. *terminated 9/30/70* | | " | | 69 Civ. 153 |
| " | Kentucky v. Pfizer, et al. *terminated 9/30/70* | | " | | 68Civ.4453 |
| " | State of Kuwait, et al. v. Pfizer, et al. *dismissed 10/30/71* | | " | | 69Civ.4091 |
| " | Union Health Center of New York, et al. v. Pfizer, et al. | | " | | 69Civ.2838 |
| " | Hoffa Medical Center v. American Cyanamid DISMISSED 9/15/71 | | " | *misc. order 71-25* | 69 Civ 5632 |
| " | Edward Swedick, et al v. Pfizer | | " | | 69 Civ 5154 |

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING
ANTIBIOTIC DRUGS

*All settling cases have been terminated*
*Reassigned to J. Lord*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| B-1 | Ford Hopkins Co., et al. v. Chas. Pfizer & Co., Inc., et al. *terminated 9/09/70* | *transfer* 11/22/68 9/12/68 | Ill., N. | Robson | 68 C 1698 |
| B-2 | City and County of Denver v. Chas. Pfizer & Co., Inc., et al. | 11/22/68 8/12/68 | " | " | 68 C 1478 |
| B-3 | State of New Jersey v. Chas. Pfizer & Co., Inc., et al. | 11/22/68 8/12/68 | " | " | 68 C 1564 |
| XYZ | Richardson Durg, et al. v. Chas. Pfizer & Co., et al. (transferred 10/21/68 by Panel) | 10/21/68 | mr. SS. | | 68-744-G |
| C-1 | Alpine Pharmacy, Inc., et al. v. Chas. Pfizer & Co., Inc., et al. | 1/7/69 10/21 | Ill., N. | Perry | 68 C 1952 |
| C-2 | State of South Dakota v. Chas. Pfizer & Co., Inc., et al. | 1/29/69 10/20/69 | S. Dak. | | Civ.68-104 |
| C-3 | Cedars of Lebanon Hospital Corp. v. Chas. Pfizer & Co., Inc., et al. | 3/69 | Fla., S. | | 68 1131 |
| C-4 | Lee's Prescription Shops, Inc., et al. v. Chas. Pfizer & Co., Inc., Et al. | 4/3/69 | " | | 68-1224-CIV |
| C-5 | Lee's Prescription Shops, Inc., et al. v. Chas. Pfizer & Co., Inc., et al. | 4/3/69 | " | | 68-1340-CIV |
| X-1 | Associated Hospital Service of New York, et al. v. Chas. Pfizer & Co., Inc., et al. *terminated D-1* | 9/19 | N.Y., S. | | 68 Civ.3763 |
| D-1 | Jackson Hospital and Clinic, Inc., et al v. Chas. Pfizer & Co., Inc., et al. | 12/9/8 | Ala., M. | | 2809-N |
| D-2 | Clark County Hospital Association, Inc. et al. v. Chas. Pfizer & Co., Inc., et al. | 12/30/X | Ky., E. | | 1946 |

Transferred on 1/7/69 by Panel.
" " 1/14/69

10

**DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING ANTIBIOTIC DRUGS

*all settling cases have been terminated*

***TRANSFERRED TO MINNESOTA - 8/18/70 (?) - T. LORD· 8/6/91***

| No. | Caption | Date Entered Transfer | District Court | Judge | D.C. No. |
|-----|---------|------|----------|-------|----------|
| D-1 | Associated Hospital Service of New York, et al. v. Chas. Pfizer & Co., Inc., et al. | N/A | N.Y., S. | | 68 C 3763 |
| D-2 | Jackson Hospital & Clinic, Inc., et al. v. Chas. Pfizer & Co., Inc., et al. | /3/69 | Ala., M. | | 2809-N |
| D-3 | Clark County Hospital Asso., Inc., et a. v. Chas. Pfizer & Co., Inc., et al. | 2/18/69 | Ky., E. | 2/20 | 1946 |
| D-4 | DeKoven Drug Co., Inc., et al. v. Chas Pfizer & Co., Inc., et al. | 2/18/69 *terminated* | Ill., N. | 2/20 2/69/7 | 68 C 2478 |
| D-5 | Massachusetts Blue Cross Inc., etc. v. Chas. Pfizer & Co., Inc., et al. | 2/18/69 | Mass. | 2/20 | 68-1193-C |
| D-6 | The State of South Carolina, etc. v. Chas. Pfizer & Co., Inc., et al. | 2/18/69 | S. C. | 2/20 | 68-1078 |
| D-7 | Airzona Foundation for Neurology and Psychiatry v. Chas. *terminated 5/24* 4/3/69 Pfizer & Co., Inc., et al. | 4/3/69 | Arizona | 1/7 | 6967-PHX |
| D-8 | The County of Maricopa v. Chas. Pfizer & Co., Inc., et al. *terminated* 4/3/69 | 4/3/69 | " | 4/7 | 6961-PHX |
| D-9 | State of Hawaii v. Chas. Pfizer & Co., Inc., et al. | 2/18/69 | Hawaii | 2/20 | 2935 |
| D-10 | State of Utah v. Chas. Pfizer & Co., Inc., et al. | 2/18/69 | Calif., N. | 2/20 | 50536 |
| D-11 | State of Arkansas v. etc. 2/69/20 Co., Inc., et al. | 2/18/69 | Ark., E. | 2/20 | 68 C 254 |
| D-12 | Christian Hospital v. etc. 5/6/71 Co., Inc., et al. | 2/18/69 | Mo., E. | 2/20 | 68 C 546(2) |
| D-13 | Bethesda Hospital v. Chas Pfizer Co., Inc., et al. | 2/18/69 | Ohio, S. | 2/20 | 68-406 |
| D-14 | Beins d/b/a Waverly Drugs v. Chas Pfizer & Co., Inc., et al. 8/29/70 *terminated* | 2/26/69 | " | 2/22 | 69-73 |

10

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

*all setting cases have been terminated*

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING ANTIBIOTIC DRUGS

*TRANS. TO MINN. BY J. LORD - § 1404(a) - 8/6/76*

*Reassigned to J. Wel*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|------------|----------------|-------|----------|
| D-15 | Commonwealth of Puerto Rico v. Chas. Pfizer & Co., Inc., et al. *transferred 3/39/71* | 2/8/69 | Puerto Rico | 2/20 | 869-68 |
| D-16 | St. Lukes Hospital v. American Cyanamid Co., et al. *Terminated 3/39/71* | 4/3/69 | Minnesota | 9/7 | 68 408 |
| D-17 | Doughboy Industries, Inc., et al. v. American Cyanamid Co., et al *Remanded 9/27/71* | 4/3/69 | " | 9/7 ... 9/29 | 68 409 |
| D-18 | Minnesota Fur Foods Cooperative, et al. v. American Cyanamid Co., et al. *Remanded 9/27/71* | 4/3/69 | " | 9/7 remd 9/29 | 68 410 |
| D-19 | The Grange Co., et al. v. American Cyanamid Co., et al. *Remanded 9/27/71* | 4/3/69 | " | 9/7 remd 9/29 | 68 411 |
| XXX | Midwest Veterinary Supply, Inc., et al v. American Cyanamid, et al. (transferred by order of Judge Lord) (transferred by Panel order) *Remanded 9/27/71* | 4/11/69 5/1/69 | Minnesota | remd 9/29 | 4-69 C 75 |
| E-1 | The State of Michigan, etc. v. Chas. Pfizer & Co., Inc., et al. | 2/25/69 | Ill., N. | 2/17 | 69 C 179 |
| E-2 | The State of Idaho v. Chas. Pfizer & Co., Inc., et al. | " | " | 2/27 | 69 C 121 |
| E-3 | The Metropolitan Government of Nashville and Davidson County, etc. v. Chas. Pfizer & Co., Inc., et al | " | Ill., N. | Robson | 69 C 210 |
| E-4 | State of Wyoming v. Chas. Pfizer & Co. Inc., et al. | " | " | 2/27 | 69 C 215 |
| E-5 | The City of Chicago, etc. v. Chas. Pfizer & Co., Inc., et al. | " | " | 2/27 | 69 C 232 |
| F-1 | The State of North Carolina v. Chas. Pfizer & Co., Inc., et al. | " | N.C., E. (Raleigh Div.) | 2/27 | 2287 |

10

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

*All settling cases have been terminated*

DOCKET NO. 10 -- MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING
ANTIBIOTIC DRUGS

*TRANS. TO MINNESOTA BY J. LORD - §1404(a) - 8/6/71*

*Reassigned to J. Lord*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|------------|----------------|-------|----------|
| G-1 | Hawaii Medical Service Association v. Chas. Pfizer & Co., Inc., et al. | 9/25/ | Pa., E.   2/23 | | 68-2799 |
| H-1 | The State of Montana, etc. v. Chas. Pfizer & Co., Inc., et al. | 6/11/69 | Montana   3/21 | | 1733 |
| I-1 | Chas. Pfizer & Co., Inc. v. Generic Formulae, Inc., et al. | 3/5/69 | N.Y., E.   3/7 | | 66 C 640 |
| J-1 | Chas. Pfizer & Co., Inc. v. Richlyn Laboratories, Inc. | | Pa., E.   3/23 | | 42648 |
| K-1 | Burlington Hospital, et al. v. Chas. Pfizer & Co., Inc., et al. | 1/11/69 | Iowa, S.   3/12 | | 8-2328-C-1 |
| L-1 | State of Tennessee v. Chas. Pfizer & Co., Inc., et al. | 4/14/69 | Tenn., E.   4/16 | Taylor | 6559 |
| M-1 | State of Washington, etc. v. Chas. Pfizer & Co., et al. | | Wash., W.   2/12 | Lindberg | 8184 |
| N-1 | Rockdale Pharmacy, Inc. v. Chas Pfizer & Co., et al. | 4/17/69 | Maryland   4/16 | | 20578 |
| O-1 | Teamsters Security Fund of Northern California, Inc. v. Chas. Pfizer & Co. Inc., et al. - C-51/16 | 4/9/69 | Calif., N.   4/10 | | 51010 |
| P-1 | Marvin Barkal, Etc., v. Chas. Pfizer & Co., Inc., et al. - C-417 | 4/11/ | N.   3/21 | Lynch | 69 C 647 |
| P-2 | Mario de Modena, etc. v. Chas. Pfizer & Co., Inc., et al. | 4/25/69 | Cal., C.   4/28 | | 69-260-CC |
| P-3 | Peterson's Pharmacy v. Chas. Pfizer & Co., Inc., et al. | 4/18/69 | Minn. | | 4-69 Civ. 44 |
| P-4 | Weiwall Drug Corp. v. Chas. Pfizer & Co., Inc., et al. | 5/ /69 | Puerto Rico   5/5 | | CIV. 130-69 |
| P-5 | Sun Ray Drug Company, etc. v. Chas Pfizer & Co., Inc., et al. | 5/ /69 | Pa., E.   5/5 | | 69-687 |

*terminated 9/29/70*

10

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING
ANTIBIOTIC DRUGS

*All settling ... key cases have been settled terminated*

*Reassigned to J. Lord*

*TRANS. TO MINNESOTA BY J. LORD $1400(a) - 8/6/71*

| No. | Caption | Date Filed | Dist. Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| P-6 | The State of Nebraska v. Chas. Pfizer & Co., Inc., et al | 5/6/69 | Nebraska | 5/11/69 6/5 | Civ. 1513L |
| P-7 | The Kansas Hospital Assn., et al v. Chas Pfizer & Co., Inc., et al | 6/13/6 | Kansas | Templar | T-4560 |
| P-8 | Group Health Cooperative of Puget Sound v. Chas. Pfizer & Co., Inc., et al. — CLOSED | | Wash., W. | 9/16 | 8222 |
| P-9 | Jack England, et al. v. Chas. Pfizer & Co., Inc., et al. | 2/21/6 | Ark., W. | 8/22 | ED-69-C-8 |
| P-10 | State of Alaska v. Chas. Pfizer & Co., Inc., et al. | | Alaska | 5/22 von der Heydt | J-2-69 |
| P-11 | City of Kansas City, Missouri v. Chas. Pfizer & Co., Inc., et al. | | Mo., W. | 6/27 | 17465 |
| P-12 | Building Service Union Health & Welfare Trust Fund v. Chas. Pfizer & Co., Inc., et al. | 9/8/69 | Calif., N. | 7/9 | 51523 |
| P-13 | Bernard and Mark Lachman, et al., v. Chas. Pfizer & Co., Inc. | 8/4/69 | Md. | 8/7 | 20971 Civ |
| P-14 | Edward Brothers Milling Co., Inv. v. Chas. Pfizer & Co., Inc., et al | 9/19/6 | N. Carolina E. Dist. | 8/20 | 2372 Civ. |
| P-15 | Lester Cronley, etc. v. Chas. Pfizer & Co., Inc., et al. | 9/16 | Ind., S. Holder | 9/22 | IP-69-C-366 |
| P-16 | Ralph Pfau d/b/a Victor Pharmacy, et al. v. Chas. Pfizer & Co., Inc., et al | | Ind., S. Holder | 9/22 | IP-69-C-367 |
| P-17 | Burgess Poultry Market, Inc., et al v. Chas. Pfizer & Co., Inc., et al | | Texas, W. | 9/22 69-4026 | CivA69CA1 08 |
| P-18 | Missouri Farmers Asso., Inc., et al. v. Chas. Pfizer & Co., Inc., et al. | 9/4/6 | Mo., W. | 9/22 | 17640-4 |

10

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

*all settling cases have been terminated*

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING
ANTIBIOTIC DRUGS

*✱TRANS. TO MINNESOTA BY J. LORD - §1404(a) - 8/6/71*

*Reassigned*

| No. | Caption | Date | District Court | Judge | D.C. No. |
|-----|---------|------|----------------|-------|----------|
| P-19 | Northwest Hospital Inc. v. Chas. Pfizer & Co., Inc., et al 5/24/71 | 9/30/69 10/7 | N. Ill. | Austin | 69C 1859 |
| P-20 | Sol S. Turnoff Drug Distributors Inc. et al. v. American Cyanamid Co. 6/17 | 10/9/69 10/9 | Pa., E. | | 69-1885 |
| P-21 | Immanuel, Inc. v. Chas. Pfizer & Co., Inc. et al *terminated 5/24/71* | 10/11/69 10/16 | Nebraska | | 03373 |
| P-22 | Haverford Hospital Corp., et al, v. Chas. Pfizer & Co., Inc. 5/24/71 | 10/11/69 10/16 | Pa., E. | | 69-2249 |
| P-23 | The Anderson Cattle Co., et al v. Amer. Cyan. Co., et al, 10/9/69 etc. | 10/9/69 11/1 | Texas 69-5032 | | T-4659 |
| P-24 | Washington State Hospital Ass., et al v. Chas. Pfizer & Co. Inc., et al *terminated 5/24/71* 10/9/69 | 11/3/69 11/13 | Wash., W. | | 8539 |
| P-25 | Balfour, Guthrie & Co., Ltd. v. Chas. Pfizer & Co., Inc., et al. 10/6/69 | 10/29/69 4/90 | Calif., N. 69-4909 | | 52342 |
| P-26 | A. C. Smith Poultry Co., etc. v. Chas. Pfizer & Co., Inc. et al 12/3/69 | 12/1/69 12/12 | Ga., N. 69-5574 | | 1293 |
| P-27 | Rutledge Ranch etc. v. Charles Pfizer & Co., Inc., et al 12/12 | 12/23 12/30 | Ala., N. 69-5683 | | CA-69-766 |
| P-28 | Guy J. Phelps, Jr. v. Chas. Pfizer & Co., Inc., et al. 12/12 | 12/23 12/30 | Ala., N. 69-5684 | | CA 69-767 |
| P-29 | Kenneth Murray Co. v. Chas. Pfizer & Co., Inc., et al. 12/12 | 12/23 12/30 | Ala., N. 69-5685 | | CA 69-768 |
| P-30 | International Rectifier Corp., et al, v. American Cyanamid Co., et al. 12/31 | 1/13/70 | Calif., C. Gregerson | | 69-2484-HP |
| P-31 | Dr. E. J. Hoffert, et al. v. American Cyanamid Co., et al. *Emended 9/21* 2/9/70 | | Minnesota 70 Civ 367 | | 4-69 Civ458 |
| P-32 | Sylvan Acres Inc., et al. v. Chas. Pfizer & Co., Inc., et al. 1/23 | 2/11/71 | Ill., N. | Robson | 70 C 39 |
| P-33 | Marshall Durbin Food v. Chas. Pfizer & Co., Inc. et al 2/6/70 | 2/11/70 | Ala., M. | | 3015-N |

DOCKET NO. ___10___

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

*all settling cases have been terminated* (handwritten)

MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING ANTIBIOTIC DRUGS

*Reassigned to J. J. Lord* (handwritten)

*TRANS TO MINNESOTA BY J. LORD 5/10/71 - 8/6/71* (handwritten)

| NO. | CAPTION | DIST. D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|-------------------|-------|---------------|-------|
| P-34 | The National Farmers' Organization Inc., et al v. American Cynamid Co., et al | Ohio, S. 7398 | | 2/17/70 | 2/11/70 70 CW 676 |
| P-35 | The Rep. of Viet-Nam v. Chas. Pfizer & Co., Inc., et al | N. 70-299 | | 3/3/70 | 70 CW |
| P-36 | Richard X Connors, et al v. Chas. Pfizer & Co., Inc., et al | Vir., E. 170-70-A | | 3/13/70 | 3/16/70 70 CW 1023 |
| P-37 | Associated Life Insurance Co. etc. v. Chas. Pfizer & Co., Inc., et al | Ill., N. 70 C 368 | | 3/13/70 | 70 CW 1034 |
| P-38 | Carl F. Dodge etc. v. Chas Pfizer & Co., Inc., et al | Ill., N. 70 C 500 | Will | 3/30/70 | 4/2/70 70 CW 1304 |
| P-39 | Thrifty Drug Co. Inc., et al v. Pfizer & Co., Inc. et al | Calif., C 70-502AAH | AAH | 4/3/70 | 70 CW 1604 |
| ~~XYZ-1~~ | ~~Horesfang v. Commonwealth United~~ | ~~N.Y., S. 70-cv-938~~ | | ~~N/A~~ | |
| P-40 | Malcolm-Gregg Co., Inc., et al v. Chas Pfizer and Co., Inc., et al | Calif., N. C-70-613 | WTS | 4/3/70 | 70 CW |
| P-41 | Bernard Kay, et al v. Chas. Pfizer & Co., Inc., et al STIPULATED TRANSFER | Ohio, S. 70-76 | | 4/1/70 | 70 CIV 1409 |
| P-42 | The French Hospital of L.A., et al v. Chas. Pfizer & Co., Inc., et al | C.D. Calif. 70-1101-IH | IH | 6/26/70 | 70 CW 2779 6/30/70 |
| P-43 | Valley Clerks Trust Fund v. Chas Pfizer & Co., Inc., et al | C.D. Calif. C-70-1294LHB | LHB | 7/20/70 | |
| P-44 | San Francisco Culinary, Bartenders and Service Employees Welfare Fund v. Chas. Pfizer & Co., Inc., et al | C.D. Calif. C-70-1295 | ACW | 8/25/70 | |
| P-45 | Retail Clerks Local 770 & Food Employes Benefit Fund, et al v. Chas. Pfizer & Co., Inc., et al | C.D. Calif. 70-1681 | ACW | 8/25/70 | |
| P-46 | Bakers Health & Welfare Fund, et al v. Chas. Pfizer & Co., Inc., et al | C.D. Calif. C-70-1680 | ACW | 8/25/70 | |
| P-47 | Louisiana Hatcheries, Inc., et al v. Chas. Pfizer & Co., Inc., et al | E.D. La. 70-3000 | | 12/18/70 | 70 CW 5570 |

DOCKET NO. 10

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

* TRANS TO MINN. BY J. LORD - §1404(a) - 8/6/71

MULTIDISTRICT CIVIL ANTITRUST INVOLVING ANTIBIOTIC DRUGS

* Reassigned to J. Lord.

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| XYZ-2 | California Physicians' Service v. Chas. Pfizer & Co., Inc., et al | N.Y. S. 69 Civ 4746 | NTN | | |
| | 60 non-settling cases (J. Lord) all terminated | | | | |
| | 53 settling cases (J. Wyatt) all terminated | | | | |
| | Following are assigned to J. Lord | | | | |
| Q-1 | Mutual of Omaha Ins. Co., et al. v. American Cyanamid Co., et al Remanded 10/27/71 | Minnesota 4-71-Civil-6 | Larson Minn 9/29/71 | 2/5/71 | 71 CIV 590 |
| Q-2 | American Cyanamid Co. v. Rachelle Lab., Inc. (Motion 3/10/71) | C.D. CALIF. 70-521-JWC | | 6/16/71 | 71 CIV 2682 |
| Q-3 | American Cyanamid Co. v. Rachelle Lab., Inc. (Motion 3/30/71) | C.D. CALIF 71-242-JWC | | 6/16/71 | 71 CIV 2683 |

116 cases transferred as of 8/30/71

* 45 CASES TRANSFERRED TO MINNESOTA UNDER
§1404(a) by J. LORD (8/6/71)

116
787   total
64
62
4
18
6
12
2
10
4
6

DOCKET NO.   10

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| Description of Litigation |
|---|

ANTIBIOTIC ANTITRUST LITIGATION                    (8C.4)

| NO. | ACTIONS TRANSFERRED TO MINNESOTA | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| R-1 | L. I. Edelson, et al. v. Chas. Pfizer & Co., et al. | W.D. Penna. 71 589 | Rosenberg | 2/7/72 | SCO 11/1 4-14 C... 134 |
| R-2 | The Republic of the Philippines v. Pfizer, Inc., et al. | D.C. 650-72 | | 5/22/72 | SCO 4/14 5/26/72 |
| S-1 | Pfizer Inc. v. International Rectifier Corp., et al.   3/16/72   C73-58-R   3 actions to Minn. as of June 30, 1973 [54 blk] | C.D.Calif. C73-58-R | Real | 3/8/73 | report 4-73 Cal. 188 ✱ |
| XYZ-1 | Imperial Governmetn of Iran v. Pfizer Inc., et al. | D. Minn. 4-74-65 | | | Order- J. Lord and J. Larson of 2/6/74 |
| S-2 | Pfizer Inc. v. International Rectifier Corp., et al. | C.D.Cal 74-353-RJK | dismissed 11/12/74 | 4-74-608 | 8/14/75 |
| P-30 | Inter'l Rectifier Corp., et al. v. American Cyanamid Co., et al.  (C.D.Cal No. 69-2484-HP; S.D.N.Y. No. 70 Civ.180 | 4-74-372 | dismissed 8/14/75 | | On 7/12/74-- 1404(a) ✱ transfer to Minnesota by Administrative Order 74-55 |
| P-40 | Malcolm Gregg Co., Inc., et al. v. Chas. Pfizer & Co, Inc., et al. (N.D.Cal.(No. C-70-613-WTS; S.D.N.Y. No. 70 Civ.1605) | 4-74-373 | Diem 2/19/76 | | |
| S-3 | Pfizer, Inc. v. Revlon, Inc.   10/4/74   §1404a to C.D.  | C.D.Calif. Civ 74-192? LTL | 8/16/74 | 10/21/74 4-74-546 | 10/24/74 |
| XYZ-2 | The government of India v. Pfizer, Inc., et al. | D. Minn. 4-74 Civ. 496 | | | Order 10/15/74 |
| S-4 | Leo Gross etc. v. Chas. Pfizer & Co., Inc., et al.  Malcolm Gregg and Allied Chemical | N.D.Calif C74-2492-RFP | | 12/30/74 4-75-10 | Misc Order 74-40 |
| XYZ-3 | Republic of Germany (West) v. Pfizer & Co. | D. Minn. 4-74-614 | | | |

S-1 and P-30 - on appeal 8th Cir 75-1089 (2/4/75)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| S-5 | The Government of Spain v. Pfizer Inc., et al | D.D.C. Bryant | 74-1746 | | | | |
| S-6 | The Government of Colombia v. Pfizer Inc., et al. | D.D.C. Bryant | 74-1747 | 1/21/76 | 4-76-47 | ▬▬▬▬ | |
| S-7 | The Republic of Korea v. Pfizer Inc., et al. | D.D.C. Bryant | 74-1748 | 1/21/76 | 4-76-48 | 10/27/76 | |
| S-8 | Drs. Mage Cazda a/k/a Medical & Surgical Clinic, etc. v. Charles Pfixer & Co., Inc., et al. | N.D. Ill Lynch | 73C3461 | 1/1/76 | 4-75 C 1094 | 10/27/76 | |
| ~~XYZ~~ | ~~Federal Republic of Germany v. Pfizer~~ | ~~Minn.~~ | ~~4-75-561~~ | | | | |
| XYZ-4 | American Medical Centers, Inc. v. Pfizer, DNXX Inc. | D. Minn. | 4-75-562 | | | | O.D. California-274 CTO- 1/19/72 |
| XYZ-5 | United States of America v. American Cyanamid Co. | D. Minn | 4-74-36 | | | | |

10

DOCKET  --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 10 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING ANTIBIOTIC DRUGS

*all settling cases have been terminated*

*Reassigned to J. Neal*

**\*TRANSFERRED TO MINNESOTA - § 1404(a) - J. LORD - 8/6/71)**

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| X-1 | State of Colorado v. Chas. Pfizer & Co., Inc., et al. | | N.Y., S. | | 68 C 5141 |
| X-2 | State of Missouri v. Chas. Pfizer & Co., Inc., et al. | | " | | 68 C 5180 |
| X-3 | State of Oklahoma v. Chas. Pfizer & Co., Inc., et al. | | " | | 68 C 5096 |
| X-4 | State of Rhode Island v. Chas. Pfizer & Co., Inc., et al. | | " | | 68 C 5112 |
| X-5 | Commonwealth of Virginia v. Chas. Pfizer & Co., Inc., et al. | | " | | 68 C 1540 |
| X-6 | Beekman-Downtown Hospital, et al. v. Chas. Pfizer & Co., Inc., et al. | | " | | 69 C 135 |
| X-7 | The State of New Hampshire, etc. v. Chas. Pfizer & Co., Inc., et al. | | " | | 68 C 4878 |
| ~~X-8~~ | ~~Twentieth Century-Fox Film Corp., et al. v. Grinnell Corp., et al.~~ | | | | ~~68 C 9229~~ |
| X-8 | Maine v. Pfizer *terminated 9/29/70* | | N.Y., S. | | 69Civ.916 |
| X-9 | Vermont v. Pfizer *terminated 9/29/70* | | | | 69Civ.915 |
| X-10 | American Hospital Assoc. v. Pfizer *terminated 5/24/71* | | | | 69Civ.755 |
| X-11 | Hospital Service Corp. of Rhode Island v. Pfizer *terminated 5/24/71* | | | | 68Civ.4971 |
| XYZ | United States of America v. Chas. Pfizer & Co., Inc., et al. | 1/30/70 | D. C. | | 1966-69 |

*all terms noted 9/29/70*

X - tag-along cases in transferee
    district - no transfer necessary

# LIAISON LIST

p. _____

ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __10__ -- __IN RE ANTIBIOTIC DRUG ANTITRUST LITIGATION__

_____

_____

| Plaintiff | Defendant |
|---|---|
| Chairman, Farm Plaintiffs<br>Chairman, National Steering Committee<br>    (Plaintiffs) | DEFENDANTS LIAISON COUNSEL<br>(Defendant American Cyanamid Company |
|     John A. Cochrane, Esquire<br>    Cochrane & Bresnahan<br>    Suite 830, Minnesota Bldg.<br>    St. Paul, Minnesota  55101 |     Samuel W. Murphy, Jr., Esquire<br>    Donovan, Leisure, Newton & Irvine<br>    30 Rockefeller Plaza<br>    New York, New York  XXXXXX 10020<br>        (Also See Below) |
| Liaison Counsel for City, County and<br>State Plaintiffs | Chas. Pfizer & Co., Inc. |
|     Robert E. Murphy, Esquire<br>    Deputy Attorney General<br>    Department of Justice<br>    State Building<br>    San Francisco, Calif.  94102 |     Don J. Belcher, Esquire<br>    Gibson, Dunn & Crutcher<br>    63 South Spring Street<br>    Los Angeles, California 90014 |
| Liaison Counsel for Miscellaneous<br>Plaintiffs |     Robert E. Cooper, Esq.<br>    Chas. Pfizer & Co., Inc.<br>    235 East 42nd Street<br>    New York, New York  10017 |
|     Granvil I. Specks, Esquire<br>    Friedman, Koven, Salzman,<br>      Koenigsberg, Specks & Homer<br>    208 S. LaSalle Street<br>    Chicago, Illinois  60604 |         (Also See Below)<br>Bristol-Myers Co.<br>    Merrill E. Clark, Jr., Esquire<br>    Winthrop, Stimson, Putnam & Roberts<br>    40 Wall Street<br>    New York, New York  10005 |
| Depository of Plaintiffs' National<br>Steering Committee | Olin Corporation<br>Squibb-Beech-Nut, Inc. |
|     Floyd E. Boline, Esquire<br>    Chestnut, Jones, Brooks,<br>      Kennedy & Burkard<br>    Suite 854, Midland Bank Bldg.<br>    Minneapolis, Minnesota  55401 | E. R. Squibb & Sons, Inc.<br>    Allen F. Maulsby, Esquire<br>    Cravath, Swaine & Moore<br>    One Chase Manhattan Plaza<br>    New York, New York  10005 |
| United States<br>    Paul A. Owens, Esquire<br>    Antitrust Division, Rm. 6245<br>    Department of Justice<br>    Washington, D. C. | Upjohn Co.<br>    Charles E. Buffon, Esquire<br>    Covington & Burling<br>    701 Union Trust Building<br>    Washington, D. C.  20005 |

OVER

p. _____

| Plaintiff | Defendant |
|---|---|

R-1   Litman, Litman, Harris & Specter
      Grant Building
      Pittsburgh, Pennsylvania  15219

**PLTF.**

Rachelle Laboratories, Inc.
   Peter R. Cohen, Esquire
   Rosenfeld, Meyer & Susman
   9601 Wilshire Blvd., Suite 444
   Beverly Hills, California  90210

American Cyanamid Co.
   Samuel W. Murphy, Jr., Esquire (Above)

   W. Brown Morton, Jr., Esquire
   Morton, Bernard, Brown, Roberts & Sutherland
   1054 31st Street, N.W.
   Washington, D. C.  20007

LIAISON COUNSEL FOR HEALT & INSURANCES
          COMPANIES
VETERINARY WHOLESALER
   Richard W. Johnson, Esquire
   Johnson, Thompson, Spring & Klaverkamp
   4444 IDS  Center
   80 South Eighth Street
   Minneapolis, Minnesota  55402

Liaison Counsel for Farm Group Plaintiffs
   Douglas V. Rigler, Esquire
   Hollabaugh & Jacobs
   Suite 81?, Barr Building
   910  17th St., N.W.
   Washington, D. C.  20006

Chas. Pfizer & Co., Inc.
   George P. Williams, III, Esquire
   Schnader, Harrison, Segal & Lewis
   1719 Packard Building
   Philadelphia, Pennsylvania  19102

CHAS. PFIZER IN FOREIGN CASES
   John H. Morrison, Esquire
   Kirkland & Ellis
   200 East Randolph Drive
   Room 5900
   Chicago, Illinois  60601

**S-1**

Plaintiffs counsel in 73-58-R

   Gibson, Dunn & Cruther
   Attorney at Law
   515 S. Elower Street
   Los Angeles, Calif.  90017

REVLON  CO
   Ellen B. Friedman, Esquire
   Kadison, Pfaelzer, Woodard, Quinn
    & Rossi
   611 West Sixth Street
   Twenty-Third Floor
   Los Angeles, California  90017

   Lawrence J. Hayes, Esquire
   Maum, Hazel, Green, Hayes
   Simon, and Aretz
   332 Hamm Bldg.
   St. Paul, Minn.  55102

CALIFORNIA PHYSICIANS SERVICE
   W. D. Flaskamp, ESq.
   Meagher, Geer, Markham, Anderson
    Adamson, Flaskamp & Brennan
   2250 IDS Center
   Minneapolis, Minn.  55402

S-4   Roger R. Mulholland, Esquire
      Geram & Mulholland
      1703 Fifth Avenue
      San Rafael, California  94901

MALCOLM GREGG CO., INC.
   Robert D.Raven, Esquire
   Morrison, Foerster, Holloway, Clinton
    & Clark
   Crocker Plaza
   San Francisco, California  94104

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 10 -- IN RE MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING
ANTIBIOTIC DRUGS

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| S-5<br>S-6<br>S-7 | Lawrence R. Velvel, Esquire<br>Kirkwood, Kaplan, Russin & Vecchi<br>1218 Sixteenth Street, N.W.<br>Washington, D. C.  20036 | |
| S-8 | Louis M. March, Esq.<br>188 W. Randolph Street<br>Chicago, Illinois  60601 | |