JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 10 -- IN RE ANTIBIOTIC DRUG ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/2/77 | | ORDER -- REASSIGNING litigation from Judge Miles W. Lord to Judge CHARLES R. WEINER Under 28 U.S.C. §1407 sitting in the D. Minnesota under 28 U.S.C. §292(b) |
| 11/28/77 | | APPEARANCES -- Julian O. von Kalinowski, Esq. for Pfizer, Inc., Chas Pfizer & Co., Inc. |
| | | George P. Williams, III, Esq. for Pfizer, Inc. |
| | | John H. Morrison, Esq. for Pfizer Inc. (foreign actions) |
| | | Samuel W. Murphy, for American Cyanamid Co. |
| | | Merrell E. Clark, Jr., Esq. for Brisol-Myers Co. |
| | | Roberts B. Owen, Esq. or Charles Buffon, Esq. for Upjohn Co. |
| | | Gordon Busdicker, Esq. aNd Allen Maulsby, Esq. for Olin Corp., and Squibb Corp. |
| | | Paul A. Owens, Esq. for U.S.A. |
| | | Douglas V. Rigler, Esq. for Republic of Philippines |
| | | Paul C. Sprenger, Esq. for Federal Republic of Germany |
| | | Louis M. March, Esq. for Marvin Barkal, et al. rew |
| 12/9/77 | | APPEARANCE -- Harold C. Petrowitz for Imperial Government of Iran.(ea) |
| 12/14/77 | | APPEARANCE -- David R. Brown, Esq. for L. I. Edelson, et al. |
| 6/15/78 | | ORDER TO SHOW CAUSE -- B-1 The State of Kuwait v. Pfizer, Inc.,et al., S.D.N.Y., C.A.No. 78-2478 -- Notified involved counsel and judges.(ea) |
| 7/5/78 | 1. | RESPONSE TO SCO -- The United States -- w/cert of service (cds) |
| 7/26/78 | | CONSENT OF TRANSFEREE COURT -- to the assignment of actions for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 -- dated July 14, 1978 |
| 7/26/78 | | ORDER -- TRANSFERRING (B-1) The State of Kuwait v. Pfizer, Inc., et al. S.D. N.Y., C.A. No. 78-2478 TO THE EASTERN DISTRICT OF PENNSYLVAN AND ASSIGNED TO JUDGE CHARLES R. WEINER for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 (cds) NOTIFIED INVOLVED COUNSEL, JUDGES AND CLERKS (cds) |

JPML Form 1    SEE MDL-10 (IBW and MWL)    *Closed 7/21/81*

DOCKET NO. 10 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ANTIBIOTIC DRUG ANTITRUST LITIGATION (CRW)    *Minn. Master File No. 4-71 Civ 435*

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____    Consolidation Denied _____

Opinion and/or Order MO-11/2/77

Citation _____

Transferee District ~~DISTRICT OF MINNESOTA~~ *Eastern Pennsylvania*    Transferee Judge CHARLES R. WEINER

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| | *1404 cases (A-1 thru A-9)* | | | | | | |
| A-1 | United States v. Chas. Pfizer & Co., Inc., et al. | ~~D. Minn.~~ | 4-71 Civ 403 *78-1156* | 8/404(a) | *E.D.Pa 3/1/78* | *10/0/80* | XYZ-(IBW) p.10 |
| A-2 | United States v. American Cyanamid & Co. | D. Minn. | 4-74 Civ 366 *78-1157* | 8/404(a) | *E.D.Pa 3/1/78* | *10/0/80* | XYZ-5 (MWL) |
| A-3 | Republic of Philippines v. Chas. Pfixer & Co. | D. Minn. | 4-72 Civ 312 *78-1158* | 5/22/72 from DC to Minn §1407 | | | R-2 (MWL) *Closed* |
| A-4 | Imperial Government of Iran v. Chas. Pfizer & Co., Inc., et al. | D. Minn. | 4-74 Civ 65 *78-1159* | 8/404(a) | *E.D.Pa 3/1/78* | | XYZ-1 (MWL) *Closed* |
| A-5 | Government of India v. Chas. Pfizer & Co., Inc., et al. | D. Minn. | 4-74 Civ 496 *78-1160* | 8/404(a) | *E.D.Pa 3/1/78* | | XYZ-2 (MWL) *Closed* |
| A-6 | Government of Colombia v. Chas. Pfizer & Co., Inc., et al. | D. Minn. | 4-76 Civ 47 *78-1161* | 1/21/76 from D.C. to Minn §1407 | | | S-6 (MWL) *Closed* |
| A-7 | Republic of Germany (West) v. Chas. Pfizer & Co., Inc., et al. | D. Minn. | 4-74 Civ 614 *78-1162* | 8/404(a) | *E.D.Pa 3/1/78* | | XYZ-3 (MWL) *Closed* |
| A-8 | L. I. Edelson, et al. v. Chas. Pfizer & Co., Inc., et al. | D. Minn. | 4-72 Civ 134 *dism 3-9-78* | 8/7/72 from D.Pa to Minn §1407 | | | R-1 (MWL) |
| A-9 | Marvin Barkal v. Chas. Pfizer & Co., Inc., et al. | D. Minn. | 4-71 Civ 420 *78-1163* | 8/404(a) | *E.D.Pa 3/1/78* | | P-1 (IBW) *Closed* |

*D.Minn 4-71 Civ 435 A-1 & A-9 §1404 to Minn (J. Lord)*

*A-2, A-4, A-5, & A-7 filed in Minn.*

*A-3, A-6, A-8 §1407 to Minn (Panel)*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| | THE FOLLOWING CASES ~~TRANSFERRED~~ UNDER §1407 | | | | | | |
| B-1 | The State of Kuwait v. Pfizer, Inc., et al. | S.D.N.Y. Lasker | 78-2478 | 7/26/78 | 78-2720 | 4/23/79 | |

July 1980 - 17R 9××2, 1 DIS; 9 Pdg

July 1981 - 17R / 9××2; 4 Dis; 6 Pdg

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 10 -- IN RE ANTIBIOTIC DRUG ANTITRUST LITIGATION (CRW)

---

PFIZER, INC.
**CHAS. PFIZER & CO., INC.**
Julian O. von Kalinowski, Esquire
Gibson, Dunn & Crutcher
515 South Flower Street
Los Angeles, Calif.  90071

**PFIZER, INC.**
George P. Williams, III, Esquire
Schnader, Harrison, Segal & Lewis
1719 Packard Bldg.
Philadelphia, Penna.  19102

**PFIZER, INC. (foreign actions)**
John H. Morrison, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601

**AMERICAN CYANAMID CO.**
Samuel W. Murphy, Jr., Esquire
Donovan Leisure Newton & Irvine
30 Rockefeller Plaza
New York, New York  10020

**BRISTOL-MYERS CO.**
Merrell E. Clark, Jr., Esquire
Winthrop, Stimson, Putnam & Roberts
40 Wall Street
New York, New York  10005

**THE UPJOHN COMPANY**
Roberts B. Owen, Esquire
Charles E. Buffon, Esquire
Covington & Burling
888 16th Street, N.W.
Washington, D. C.  20006

---

OLIN CORP. (Olin Mathieson Chemical Corp)
**SQUIBB CORP. (E. R. Squibb & Sons, Inc.)**
Gordon G. Busdicker, Esquire
Faegre & Benson
1300 Northwestern Bank Bldg.
Minneapolis, Minn.  55402

Allen F. Maulsby, Esquire
Cravath, Swaine & Moore
1 Chase Manhattan Plaza
New York, New York  10005

**UNITED STATES OF AMERICA (A-1 & A-2)**
Paul A. Owens, Esquire
U. S. Department of Justice
Antitrust Division
Federal Building Room 250
111 S. 4th Street
Minneapolia, Minn.  55401

**REPUBLIC OF THE PHILIPPINES (A-3)**
Douglas V. Rigler, Esquire
Foley, Lardner, Hollabaugh
  & Jacobs
1775 Pennsylvania Avenue
Washington, D. C.  20006

~~**FEDERAL REPUBLIC OF GERMANY** (A-~~
~~Paul C. Sprenger, Esquire~~
~~700 First National Bank Bldg.~~
~~Minneapolis, Minn.  55402~~

**MARVIN BARKAL, ET AL. (A-9)**
Louis M. March, Esquire
Suite 1802
188 W. Randolph Street
Chicago, Illinois  60601

**FEDERAL REPUBLIC OF GERMANY (A-7)**
Paul C. Sprenger, Esq.
Sprenger, Olson & Shutes, P.A.
540 Midland Nat'l Bank Bldg.
Minneapolis, Minn.  55401

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __10__ -- _____

---

**IMPERIAL GOVERNMENT OF IRAN** (A-4)
Harold C. Petrowitz, Esquire
Becker and Feldman
Suite 950 - 1819 H Street, N.W.
Washington, D. C. 20006

GOVERNMENT OF INDIA (A-5)
**GOVERNMENT OF COLOMBIA** (A-6)
Julius Kaplan, Esquire
Kirkwood, Kaplan, Russin & Vecchi
1218 Sixteenth St., N.W.
Washington, D. C. 20036

**L. I. EDELSON** (A-8)
David R. Brown, Esq.
Litman, Litman, Harris & Specter
1701 Grant Building
Pittsburgh, Pa. 15219

**THE STATE OF KUWAIT** (B-1)
Robert W. Thabet, Esq.
801 Second Ave.
New York, New York 10017